

Account No. **#557576**    PC # **540**    Rep # **54017**

## APPLICATION FOR CREDIT
*Confidential Credit Information*

Phone: 800-508-4756    Fax: 888-886-7820    E-mail: sunbeltcredit@sunbeltrentals.com

*In order to process your request, this application must be signed. Please attach a company credit profile if available.*   AC 3/08c

*Note: You can also apply online—go to: www.sunbeltrentals.com/credit*

**Customer Name (Individual or Company):** DEMAND ELECTRI INC.
**Physical Address:** 1219 Rockaway Avenue
**(d/b/a) Trade Name:** 
**Phone Number:** 718-975-0752
**Fax Number:** 718-975-0753
**Mailing Address / City, State, Zip:** Brooklyn NY 11236

**BUSINESS INFORMATION**    [X] Corporation    [ ] Partnership    [ ] Proprietorship
Length of Time in Business: ___
*(If less than 2 years, please provide INDIVIDUAL PERSONAL GUARANTY information below and sign guaranty on reverse side.)*
**Previous Business Name:** 
**D & B#:** 
**Have you ever filed bankruptcy?** NO    **Federal Tax ID#:** [REDACTED]
**Bonding Agent Name and Address:** 

**SIGNATORY INFORMATION (Authorized Agent)**
**Name (Please Print):** Andreas Kourkoumelis
**Title / Relationship to Customer:** President
**Address:** 15-59 150 STREET
**City:** WHITESTONE    **State:** NY    **Zip:** 11357
**Phone Number:** 917-299-4862    **Social Security Number:** [REDACTED]
**Email Address:** andrew@demandelectric.us

**BANKING INFORMATION**
**Bank Name:** Signature Bank
**Contact Name:** Miya Nikiforos    **Phone:** 646-822-4164
**Address:** 36-36 33 Street, floor 4
**City:** L.I.C.    **State:** NY    **Zip:** 11106
**Checking Account Number:** [REDACTED]    **Loan Account Number:**

**ACCOUNTING INFORMATION**
Purchase Order Number Required? [X]
Job #s Required [ ]
Tax Exempt? [ ]  *If checked, attach proper forms.*
Interested in online access to Account information? [ ]

**Insurance Co.:** LYONS GENERAL INS. AGCY
**Insurance Contact Person:** Anthony Kanunas
**Insurance Co. Phone No.:** 718-267-8760
Certificate of Insurance being forwarded [ ]
*Insurance Cert. required prior to rental.*

**Accounts Payable (A/P) Contact:** Effie
**A/P E-Mail Address:** effie@demandelectric.us
**A/P Phone Number:** 718-975-0752
**A/P Fax Number:** 718-975-0753

| TRADE REFERENCES | City, State | Phone Number |
|---|---|---|
| Crescent Electric Supply | Various Locations through US | 718-527-5600 x15132 |
| Monarch Electric Co. | Various " through US | 732-317-0380 |
| Avon/Wesco | Hauppauge, NY | 631-297-5236 |

**Rental Companies Previously Used?** [X] United    [ ] RSC/Prime    [ ] Hertz    [ ] Other ___

**EXHIBIT A**

*Continued on back of form*

## APPLICATION FOR CREDIT
*Confidential Credit Information*

### TERMS Agreement *(Must be signed for account processing)*

The undersigned ("Customer") in consideration of Lessor extending commercial credit based upon the information furnished herein, warrants and agrees that by executing this Agreement below: (a) all purchases/rentals made by Customer from Sunbelt Rentals, Inc. or any of its subsidiaries and affiliated entities ("Lessor") are subject to the terms and conditions contained herein; (b) Customer has received, read, understands and accepts all of the terms and conditions of Lessor's rental contract, which terms and conditions are on the reverse side of each and every rental contract, including the Release and Indemnification Provision in Section 8 and the Insurance Provision in Section 9; (c) such terms and conditions are deemed incorporated into and made a part of this Agreement and each and every rental of equipment and/or provision of labor furnished to Lessee, whether or not Lessee executes each such rental contract; and (d) any terms and conditions appearing in the Customer's acceptance, purchase order or acknowledgement of a rental contract that are inconsistent with or in addition to the terms and conditions of this Agreement (except as such additional terms are required by law) shall be void and of no effect (any use or reference to Customer's purchase order or purchase order number in any rental contract is for Customer's convenience only). If a Purchase Order number is required, it is the responsibility of the Customer to supply this number before or at the time of purchase/rental. If Customer has been operating for less than two years, Lessor may request an individual personal guaranty.

In making this Agreement upon which Lessor will rely to extend commercial credit, I/We understand and agree to Lessor's terms of payment as follows: NET DUE UPON RECEIPT on all accounts and service charges of 1.5% per month on all invoices/contracts not paid when due or the maximum rate permitted by law, whichever is less. Any disputed invoices must be brought to the attention of the Lessor within fifteen (15) days of the receipt of the invoices/contracts are deemed correct and undisputed. At Lessor's discretion, any account with a delinquent balance may be placed on a cash basis, deposits may be required and the rental equipment picked up without notice. If collection of amounts due requires the assistance of a collection agency or attorneys for collection, suit is brought hereon, or it is enforced through any judicial proceeding whatsoever, I/We agree that (a) you reserve the right to bring legal action in whatever jurisdiction you deem necessary, whose laws, at the option of the Lessor, shall govern this Agreement, and (b) I/we shall pay hereby agree to pay reasonable attorneys fees, not exceeding a sum equal to fifteen percent (15%) of the outstanding balance owing, plus all other reasonable expenses incurred by Lessor in exercising any of the Lessor's rights and remedies upon default. If credit is granted and collection thereof requires the assistance of attorneys, I/We agree that you reserve the right to bring legal action in whatever jurisdiction you deem necessary, whose laws, at the option of the Lessor, shall govern this Agreement. In the event Lessor finds it necessary to turn over my/our accounts to a collection agency or attorney, I/We agree to pay all cost and expenses of collection, including but not limited to attorney's fees and expenses.

The individual executing this Agreement below warrants that (i) s/he is authorized to do so; (ii) the information contained in this Agreement is true and correct statement of the financial condition of Customer; and (iii) a photo or facsimile copy of this Agreement shall be valid as the original. If any part of this Agreement is held unenforceable, the remainder of this Agreement shall not be affected thereby. The undersigned hereby waives the right to a jury trial of any or all claims or disputes which may arise from this Agreement. I/We authorize Lessor to make whatever credit inquiries it deems necessary in connection with this Agreement. Bank and trade reference(s) can accept this authorization to disclose to Lessor and/or their respective designees (and any assignee or potential assignee thereof), Customer information normally released to a prospective creditor including: length of time account has been active, average monthly balances, how the account has been handled, and details of any lending relationship. I/We authorize Lessor to contact our insurance company and authorize the insurance company to issue insurance certificate(s) when Lessor's calls from time to time (a) showing primary, occurrence basis insurance coverage of (i) property insurance against loss by all risks to the equipment rented from Lessor, in an amount at least equal to the MSLP; (ii) general liability coverage of not less than $1,000,000 per occurrence, including but not limited to, coverage for Customer's contractual liabilities in the rental contract (including the release and indemnification clauses); and (iii) if the rental equipment is to be used on any roadway, automobile liability and physical damage insurance (including comprehensive and collision coverage, a non-owned vehicle endorsement and uninsured/underinsured motorist coverage), (b) naming Lessor as additional insured and loss payee during any and all rental periods; and (c) provide for Sunbelt to receive at least 30 days prior written notice of any cancellation or material change in such insurance coverage.

Print Customer Name: **Demand Electric Inc**  
Authorized Officer's Signature: *[signature]*  
Print Authorized Officer's Name: **Andreas Kourkoumelis**  
Print Authorized Officer's Title: **President**  
Date: **5/26/11**

### INDIVIDUAL PERSONAL GUARANTY

The undersigned guarantor(s) **Andreas Kourkoumelis** Guarantor name) for and in consideration of your extending credit at my/our request to the Customer named above, in which I/we have a financial interest, personally guarantee prompt payment and performance of any obligations Customer to Lessor named above whether now existing or hereinafter made, and further agree to bind myself/ourselves to pay on demand any sum which is due by Customer to Lessor whenever Customer fails to pay the same. It is understood that this guaranty shall be absolute, continuing and irrevocable for such indebtedness of Customer. I/We expressly waive presentment, demand, protest, my/our homestead exemption as to this debt, notice of protest, dishonor, diligence, maturity, default or nonpayment, acceptance of this guaranty, extending of any guaranteed indebtedness already or hereafter contracted for by Customer, any modifications or renewals of any credit Agreement evidencing the indebtedness hereby guaranteed and all setoffs and counterclaims.

If collection of amounts due requires the assistance of a collection agency or attorneys for collection, suit is brought hereon, or it is enforced through any judicial proceeding whatsoever, I/We agree that (a) you reserve the right to bring legal action in whatever jurisdiction you deem necessary, whose laws, at the option of the Lessor, shall govern this Agreement, and (b) I/we shall pay all costs and expenses of collection, including but not limited to contingency or hourly fees charged by such agency's and attorneys and other expenses.

The undersigned represent that (i) the information contained in this Agreement is true and correct statement of the financial condition of Customer; and (ii) If any part of this Agreement is held unenforceable, the remainder of this Agreement shall not be affected thereby. The undersigned hereby waives the right to a jury trial of any or all claims or disputes which may arise from this Agreement. Lessor shall not be required to exhaust all remedies against Lessee prior to exercising its rights against Guarantor(s). I/We authorize Lessor to make whatever credit inquiries it deems necessary in connection with this Agreement. Bank and trade reference(s) can accept this authorization to disclose to Lessor and/or their respective designees (and any assignee or potential assignee thereof), Customer information normally released to a prospective creditor including: length of time account has been active, average monthly balances, how the account has been handled, and details of any lending relationship

Guarantor's Signature: *[signature]*  
Print Guarantor's Name: **Andreas Kourkoumelis**  
Address: **15-59 150 Street**  
SSN: *[redacted]*  
Witness Signature: *[signature]*  
Print Witness Name: **Eftihia Bogris**  
Date: **5/26/11**

Guarantor's Signature: _____  
Print Guarantor's Name: _____  
Address: _____  
SSN: _____  
Witness Signature: _____  
Print Witness Name: _____  
Date: _____

*In order to process your request, this application must be signed. Please attach a company credit profile if available.*  
**Fax to your nearest Sunbelt Rentals Location —or— 888-886-7820**  
**Mail: Sunbelt Rentals • PO Box 410968 • Charlotte, NC 28241 • 800-508-4756**