

# INVOICE

SEND ALL PAYMENTS TO:
SUNBELT RENTALS, INC.
PO BOX 409211
ATLANTA, GA 30384-9211

| INVOICE NO. | 99288991-0008 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 8/29/20 |
| PAGE | 1 |

INVOICE TO

DEMAND ELECTRIC INC.
3133 31ST ST 2ND FLOOR
ASTORIA, NY 11106

JOB ADDRESS

T - BUILDING
161-25 PARSONS BLVD
T - BUILDING
JAMAICA, NY 11432
C#: 718-439-1600 J#: 917-299-4862

| RECEIVED BY | CONTRACT NO. |
|---|---|
| KOURKOUMELIS, ANDREW | 99288991 |

PURCHASE ORDER NO.
13409

JOB NO.
T - BUILDING

BRANCH
0540 MASPETH AWP PC540

5875 MAURICE AVE
MASPETH, NY 11378 2332
718-387-4872

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 19' ELECT SCISSORLIFT<br>10195194 Make: JLG Model: 1930ES Ser #: M200033126<br>HR OUT: 50.000 HR IN: TOTAL: 50.000 | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |
| 1 | 19' ELECT SCISSORLIFT<br>10197728 Make: JLG Model: 1930ES Ser #: M200033488<br>HR OUT: 25.800 HR IN: TOTAL: 25.800 | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |

Rental Sub-total: 970.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL<br>ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | EA | 12.600 | 12.60 |
| 1 | RENTAL PROTECTION PLAN | EA | | 145.50 |

BILLED FOR FOUR WEEKS 8/21/20 THRU 9/17/20.

1128.10

| SUBTOTAL | 1128.10 |
|---|---|
| TAX | 100.12 |
| INVOICE TOTAL | 1228.22 |

NET DUE UPON RECEIPT

4 WEEK BILL

EXHIBIT
C

EMAILINV (Rev 07/27/17)



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 99288991-0009 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 9/26/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**T - BUILDING**
**161-25 PARSONS BLVD**
**T - BUILDING**
**JAMAICA, NY 11432**
**C#: 718-439-1600 J#: 917-299-4862**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| KOURKOUMELIS, ANDREW | 99288991 |

PURCHASE ORDER NO.
**13409**

JOB NO.
**T - BUILDING**

BRANCH
**0540** **MASPETH AWP PC540**

**5875 MAURICE AVE**
**MASPETH, NY 11378 2332**
**718-387-4872**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 19' ELECT SCISSORLIFT<br>10195194 Make: JLG Model: 1930ES Ser #: M200033126<br>HR OUT: 50.000 HR IN: TOTAL: 50.000 | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |
| | 1 | 19' ELECT SCISSORLIFT<br>10197728 Make: JLG Model: 1930ES Ser #: M200033488<br>HR OUT: 25.800 HR IN: TOTAL: 25.800 | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |
| | | Rental Sub-total: | | | | | 970.00 |

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL<br>ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | EA | 12.600 | 12.60 |
| 1 | RENTAL PROTECTION PLAN | EA | | 145.50 |

BILLED FOR FOUR WEEKS 9/18/20 THRU 10/15/20.

. 1128.10

| | |
|---|---|
| SUBTOTAL | 1128.10 |
| TAX | 100.12 |
| INVOICE TOTAL | 1228.22 |

**NET DUE UPON RECEIPT**

**4 WEEK BILL**

EMAILINV (Rev 07/27/17)



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 99288991-0014 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 2/13/21 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| KOURKOUMELIS, ANDREW | 99288991 |

PURCHASE ORDER NO.
**13409**

JOB NO.
**T - BUILDING**

JOB ADDRESS
**T - BUILDING**
**161-25 PARSONS BLVD**
**T - BUILDING**
**JAMAICA, NY 11432**
**C#: 718-439-1600 J#: 917-299-4862**

BRANCH
**0540 MASPETH AWP PC540**

**5875 MAURICE AVE**
**MASPETH, NY 11378 2332**
**718-387-4872**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 19' ELECT SCISSORLIFT<br>10195194 Make: JLG Model: 1930ES Ser #: M200033126<br>HR OUT: 50.000 HR IN: TOTAL: 50.000 | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |
| | 1 | 19' ELECT SCISSORLIFT<br>10197728 Make: JLG Model: 1930ES Ser #: M200033488<br>HR OUT: 25.800 HR IN: TOTAL: 25.800 | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |
| | | Rental Sub-total: | | | | | 970.00 |

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL<br>ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | EA | 12.600 | 12.60 |
| 1 | RENTAL PROTECTION PLAN | EA | | 145.50 |

BILLED FOR FOUR WEEKS 2/05/21 THRU 3/04/21.

. 1128.10

| | |
|---|---|
| SUBTOTAL | **1128.10** |
| TAX | **100.12** |
| INVOICE TOTAL | **1228.22** |

**NET DUE UPON RECEIPT**

**4 WEEK BILL**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 99288991-0010 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 10/24/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**T - BUILDING**
**161-25 PARSONS BLVD**
**T - BUILDING**
**JAMAICA, NY 11432**
**C#: 718-439-1600 J#: 917-299-4862**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| KOURKOUMELIS, ANDREW | 99288991 |

PURCHASE ORDER NO.
**13409**

JOB NO.
**T - BUILDING**

BRANCH
**0540 MASPETH AWP PC540**

**5875 MAURICE AVE**
**MASPETH, NY 11378 2332**
**718-387-4872**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 19' ELECT SCISSORLIFT | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |
| | | 10195194 Make: JLG Model: 1930ES Ser #: M200033126 | | | | | |
| | | HR OUT: 50.000 HR IN: TOTAL: 50.000 | | | | | |
| | 1 | 19' ELECT SCISSORLIFT | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |
| | | 10197728 Make: JLG Model: 1930ES Ser #: M200033488 | | | | | |
| | | HR OUT: 25.800 HR IN: TOTAL: 25.800 | | | | | |

Rental Sub-total: 970.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL | EA | 12.600 | 12.60 |
| | ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | 145.50 |

BILLED FOR FOUR WEEKS 10/16/20 THRU 11/12/20.

. 1128.10

**NET DUE UPON RECEIPT**

**4 WEEK BILL**

| | |
|---|---|
| SUBTOTAL | 1128.10 |
| TAX | 100.12 |
| INVOICE TOTAL | 1228.22 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| INVOICE NO. | 99288991-0011 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 11/24/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**T - BUILDING**
**161-25 PARSONS BLVD**
**T - BUILDING**
**JAMAICA, NY 11432**
**C#: 718-439-1600 J#: 917-299-4862**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| KOURKOUMELIS, ANDREW | 99288991 |

PURCHASE ORDER NO.
**13409**

JOB NO.
**T - BUILDING**

BRANCH
**0540 MASPETH AWP PC540**

**5875 MAURICE AVE**
**MASPETH, NY 11378 2332**
**718-387-4872**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 19' ELECT SCISSORLIFT<br>10195194 Make: JLG Model: 1930ES Ser #: M200033126<br>HR OUT: 50.000 HR IN: TOTAL: 50.000 | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |
| | 1 | 19' ELECT SCISSORLIFT<br>10197728 Make: JLG Model: 1930ES Ser #: M200033488<br>HR OUT: 25.800 HR IN: TOTAL: 25.800 | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |

Rental Sub-total: 970.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL<br>ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | EA | 12.600 | 12.60 |
| 1 | RENTAL PROTECTION PLAN | EA | | 145.50 |

BILLED FOR FOUR WEEKS 11/13/20 THRU 12/10/20.

. 1128.10

**NET DUE UPON RECEIPT**

**4 WEEK BILL**

| SUBTOTAL | 1128.10 |
|---|---|
| TAX | 100.12 |
| INVOICE TOTAL | 1228.22 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101514746-0002 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/30/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101514746 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**1 - P.S. 375**

JOB ADDRESS
**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | 7009.69 |
| | 846451 Make: MQ POWER Model: DCA45SSIUF4F Ser #: 7251261 | | | | | |
| | HR OUT: 8453.000 HR IN: 9011.000 TOTAL: 558.000 | | | | HRS CHG: | 4659.69 |
| | Billed from 6/15/20 thru 6/29/20 | | | | | |
| | Set gen to 120/208 single phase | | | | | |
| | running gen 8-10hrs | | | | | |
| 1 | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | 7731.19 |
| | 996891 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7251834 | | | | | |
| | HR OUT: 2277.000 HR IN: 2883.000 TOTAL: 606.000 | | | | HRS CHG: | 5381.19 |
| | Set gen to 120/208 single phase | | | | | |
| | running gen 8-10hrs | | | | | |
| 2 | 6' X 10' CONTAINMENT BERM | 67.00 | 67.00 | 170.00 | 505.00 | 814.00 |
| | | | Rental Sub-total: | | | 15554.88 |

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL | EA | 235.840 | 235.84 |
| | ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | 2333.23 |

CONTINUED

COPY

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**PARTIAL RETURN**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| INVOICE NO. | 101514746-0002 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/30/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101514746 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**1 - P.S. 375**

JOB ADDRESS
**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | Billing period: 6/15/20 12:00 PM THRU 6/29/20 11:00 PM. | | | | | |
| . | | | | | 18123.95 | | |

**NET DUE UPON RECEIPT**

**PARTIAL RETURN**

| SUBTOTAL | 18123.95 |
|---|---|
| TAX | 1608.50 |
| INVOICE TOTAL | 19732.45 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 99288991-0013 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/16/21 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| KOURKOUMELIS, ANDREW | 99288991 |

PURCHASE ORDER NO.
**13409**

JOB NO.
**T - BUILDING**

JOB ADDRESS
**T - BUILDING**
**161-25 PARSONS BLVD**
**T - BUILDING**
**JAMAICA, NY 11432**
**C#: 718-439-1600 J#: 917-299-4862**

BRANCH
**0540 MASPETH AWP PC540**

**5875 MAURICE AVE**
**MASPETH, NY 11378 2332**
**718-387-4872**

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 19' ELECT SCISSORLIFT<br>10195194 Make: JLG Model: 1930ES Ser #: M200033126<br>HR OUT: 50.000 HR IN: TOTAL: 50.000 | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |
| 1 | 19' ELECT SCISSORLIFT<br>10197728 Make: JLG Model: 1930ES Ser #: M200033488<br>HR OUT: 25.800 HR IN: TOTAL: 25.800 | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |

Rental Sub-total: 970.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL<br>ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | EA | 12.600 | 12.60 |
| 1 | RENTAL PROTECTION PLAN | EA | | 145.50 |

BILLED FOR FOUR WEEKS 1/08/21 THRU 2/04/21.

1128.10

| | |
|---|---|
| SUBTOTAL | 1128.10 |
| TAX | 100.12 |
| INVOICE TOTAL | 1228.22 |

**NET DUE UPON RECEIPT**

**4 WEEK BILL**

EMAILINV (Rev 07/27/17)



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 99288991-0012 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 12/19/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**T - BUILDING**
**161-25 PARSONS BLVD**
**T - BUILDING**
**JAMAICA, NY 11432**
**C#: 718-439-1600 J#: 917-299-4862**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| KOURKOUMELIS, ANDREW | 99288991 |

PURCHASE ORDER NO.
**13409**

JOB NO.
**T - BUILDING**

BRANCH
**0540** **MASPETH AWP PC540**

**5875 MAURICE AVE**
**MASPETH, NY 11378 2332**
**718-387-4872**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 19' ELECT SCISSORLIFT | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |
| | | 10195194 Make: JLG Model: 1930ES Ser #: M200033126 | | | | | |
| | | HR OUT: 50.000 HR IN: TOTAL: 50.000 | | | | | |
| | 1 | 19' ELECT SCISSORLIFT | 195.00 | 195.00 | 295.00 | 485.00 | 485.00 |
| | | 10197728 Make: JLG Model: 1930ES Ser #: M200033488 | | | | | |
| | | HR OUT: 25.800 HR IN: TOTAL: 25.800 | | | | | |

Rental Sub-total: 970.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL | EA | 12.600 | 12.60 |
| | ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | 145.50 |

BILLED FOR FOUR WEEKS 12/11/20 THRU 1/07/21.

. 1128.10

| | |
|---|---|
| SUBTOTAL | 1128.10 |
| TAX | 100.12 |
| INVOICE TOTAL | 1228.22 |

**NET DUE UPON RECEIPT**

**4 WEEK BILL**



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101514746-0003 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/01/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

RECEIVED BY: **ANDREW, KOURKOUM**

CONTRACT NO.: **101514746**

PURCHASE ORDER NO.: **TBD**

JOB NO.: **1 - P.S. 375**

BRANCH: **0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | 7415.53 |
| | 846450 Make: MQ POWER Model: DCA45SSIUF4F Ser #: 7251247 | | | | | |
| | HR OUT: 5661.000 HR IN: 6246.000 TOTAL: 585.000 | | | | HRS CHG: | 5065.53 |
| | Billed from 6/15/20 thru 6/30/20 | | | | | |
| | Set gen to 120/208 single phase | | | | | |
| | running gen 8-10hrs | | | | | |
| 1 | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | 7490.69 |
| | 10129497 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7252735 | | | | | |
| | HR OUT: 1216.000 HR IN: 1806.000 TOTAL: 590.000 | | | | HRS CHG: | 5140.69 |
| | Set gen to 120/208 single phase | | | | | |
| | running gen 8-10hrs | | | | | |
| 2 | 6' X 10' CONTAINMENT BERM | 67.00 | 67.00 | 170.00 | 505.00 | 814.00 |
| | | Rental Sub-total: | | | | 15720.22 |

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL | EA | 238.490 | 238.49 |
| | ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | 2358.03 |

CONTINUED

COPY

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**PARTIAL RETURN**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101514746-0003 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/01/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101514746 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**1 - P.S. 375**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | Billing period: 6/15/20 12:00 PM THRU 6/30/20 10:00 AM. | | | | | |
| . | | | | | 18316.74 | | |

| | |
|---|---|
| SUBTOTAL | 18316.74 |
| TAX | 1625.62 |
| INVOICE TOTAL | 19942.36 |

**NET DUE UPON RECEIPT**

**PARTIAL RETURN**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101514746-0005 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/08/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101514746 |

PURCHASE ORDER NO.
**TBD**

JOB ADDRESS
**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

JOB NO.
**1 - P.S. 375**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | N/C |

```
846450      Make: MQ POWER  Model: DCA45SSIUF4F  Ser #: 7251247
HR OUT: 5661.000   HR IN:             TOTAL: 5661.000
======================================================================
SALES ITEMS:
 Qty  Item number                 Unit      Price
   1  RTNSERVPPSM                  EA     575.000                                575.00
      MAINTENANCE PERFORMED SMALL ENGINE
      PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT
      MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR
      FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE
      CORRECT ALL AS FOUND.

      PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE
      EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
      A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
      14 DAYS OR MORE (NON-METERED EQUIPMENT)
       DATE PERFORMED 07/08/20 UNIT #846450
       JOBSITE 141 E 111TH ST, NEW YORK
       RENTAL CONTRACT # 000101514746
       HOURS USED 585
       HOURS ON UNIT 6246.000
```

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101514746-0005 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/08/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101514746 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**1 - P.S. 375**

JOB ADDRESS
**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | | | | | | |
| . | | | | | | 575.00 | |

| | |
|---|---|
| SUBTOTAL | 575.00 |
| TAX | 51.03 |
| INVOICE TOTAL | 626.03 |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101514746-0004 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/02/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101514746 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**1 - P.S. 375**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 4000W NARROW VERTICAL MAST LIGHT TOWER | 175.00 | 175.00 | 420.00 | 705.00 | 705.00 |
| | | 10190305 Make: WACKER Model: LTV6L Ser #: WNCLTV01EPUM06295 | | | | | |
| | | HR OUT: 1259.000 HR IN: TOTAL: 1259.000 | | | | | |
| | 1 | 4000W NARROW VERTICAL MAST LIGHT TOWER | 175.00 | 175.00 | 420.00 | 705.00 | 705.00 |
| | | 10190320 Make: WACKER Model: LTV6L Ser #: WNCLTV01TPUM06509 | | | | | |
| | | HR OUT: 258.000 HR IN: TOTAL: 258.000 | | | | | |

Rental Sub-total: 1410.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL | EA | 22.560 | 22.56 |
| | ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | 211.50 |

BILLED FOR FOUR WEEKS 6/15/20 THRU 7/12/20.

. 1644.06

| | |
|---|---|
| SUBTOTAL | 1644.06 |
| TAX | 145.92 |
| INVOICE TOTAL | 1789.98 |

**NET DUE UPON RECEIPT**

**4 WEEK BILL**



# INVOICE

**SEND ALL PAYMENTS TO:
SUNBELT RENTALS, INC.
PO BOX 409211
ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101514746-0006 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/08/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.
3133 31ST ST 2ND FLOOR
ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101514746 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**1 - P.S. 375**

JOB ADDRESS
**P.S. 375
141 E 111TH ST
NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE
HICKSVILLE, NY 11801 3608
516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | N/C |
| | | 10129497 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7252735 | | | | | |
| | | HR OUT: 1216.000 HR IN: TOTAL: 1216.000 | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | RTNSERVPPSM | EA | 575.000 | 575.00 |

MAINTENANCE PERFORMED SMALL ENGINE
PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
14 DAYS OR MORE (NON-METERED EQUIPMENT)
DATE PERFORMED 07/08/20 UNIT #10129497
JOBSITE 141 E 111TH ST, NEW YORK
RENTAL CONTRACT # 000101514746
HOURS USED 597
HOURS ON UNIT 1813.000

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101514746-0006 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/08/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101514746 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**1 - P.S. 375**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | | | | | | |
| . | | | | | | 575.00 | |

| | |
|---|---|
| SUBTOTAL | 575.00 |
| TAX | 51.03 |
| INVOICE TOTAL | 626.03 |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**

EMAILINV (Rev 07/27/17)



# INVOICE

SEND ALL PAYMENTS TO:
SUNBELT RENTALS, INC.
PO BOX 409211
ATLANTA, GA 30384-9211

| | |
|---|---|
| INVOICE NO. | 101514746-0007 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/08/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

RECEIVED BY: **ANDREW, KOURKOUM**
CONTRACT NO.: **101514746**

PURCHASE ORDER NO.: **TBD**

JOB NO.: **1 - P.S. 375**

JOB ADDRESS

**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | N/C |

996891 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7251834
HR OUT: 2277.000 HR IN: TOTAL: 2277.000

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | RTNSERVPPSM | EA | 575.000 | 575.00 |

MAINTENANCE PERFORMED SMALL ENGINE
PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
14 DAYS OR MORE (NON-METERED EQUIPMENT)
DATE PERFORMED 07/08/20 UNIT #996891
JOBSITE 141 E 111TH ST, NEW YORK
RENTAL CONTRACT # 000101514746
HOURS USED 606
HOURS ON UNIT 2883.000

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101514746-0007 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/08/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101514746 |

PURCHASE ORDER NO.

**TBD**

JOB NO.

**1 - P.S. 375**

BRANCH

**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | | | | | | |
| . | | | | | | 575.00 | |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**

| | |
|---|---|
| SUBTOTAL | 575.00 |
| TAX | 51.03 |
| INVOICE TOTAL | 626.03 |



# INVOICE

SUNBELT RENTALS
PUMP & POWER SERVICES

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0002 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | N/C |

1012366 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7251578
HR OUT: 2339.000 HR IN: TOTAL: 2339.000

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | RTNSERVPPSM | EA | 775.000 | 775.00 |

MAINTENANCE PERFORMED SMALL ENGINE
PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
14 DAYS OR MORE (NON-METERED EQUIPMENT)
DATE PERFORMED 06/24/20 UNIT #1012366
JOBSITE 181 WALKER STRET, STATEN ISLAND
RENTAL CONTRACT # 000101545959
HOURS USED 718
HOURS ON UNIT 3057.000

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0002 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | | | | | | |
| . | | | | | | 775.00 | |

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 68.78 |
| INVOICE TOTAL | 843.78 |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**

EMAILINV (Rev 07/27/17)



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0005 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | N/C |

```
996903      Make: MQ POWER  Model: DCA45SSIU4F  Ser #: 7251822
HR OUT: 5589.000   HR IN:             TOTAL: 5589.000
======================================================================
SALES ITEMS:
 Qty  Item number              Unit     Price
    1 RTNSERVPPSM               EA     775.000                          775.00
      MAINTENANCE PERFORMED SMALL ENGINE
      PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT
      MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR
      FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE
      CORRECT ALL AS FOUND.

      PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE
      EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
      A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
      14 DAYS OR MORE (NON-METERED EQUIPMENT)
       DATE PERFORMED 06/25/20 UNIT #996903
       JOBSITE 181 WALKER STRET, STATEN ISLAND
       RENTAL CONTRACT # 000101545959
       HOURS USED 750
       HOURS ON UNIT 6339.000
```

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0005 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.

**TO FOLLOW**

JOB NO.

**14- DEMAND ELECTRIC**

BRANCH

**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | | | | | | |
| . | | | | | 775.00 | | |

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 68.78 |
| INVOICE TOTAL | 843.78 |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0006 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | N/C |

1016745 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7251859
HR OUT: 7175.000 HR IN: TOTAL: 7175.000

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | RTNSERVPPSM | EA | 775.000 | 775.00 |

MAINTENANCE PERFORMED SMALL ENGINE
PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
14 DAYS OR MORE (NON-METERED EQUIPMENT)
DATE PERFORMED 06/25/20 UNIT #1016745
JOBSITE 181 WALKER STRET, STATEN ISLAND
RENTAL CONTRACT # 000101545959
HOURS USED 759
HOURS ON UNIT 7934.000

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0006 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.

**TO FOLLOW**

JOB NO.

**14- DEMAND ELECTRIC**

BRANCH

**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | | | | | | |
| . | | | | | | 775.00 | |

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 68.78 |
| INVOICE TOTAL | 843.78 |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| INVOICE NO. | 101545959-0004 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | N/C |

```
10240857    Make: MQ POWER  Model: DCA45SSIU4F  Ser #: 7253495
HR OUT: 324.000    HR IN:              TOTAL: 324.000
======================================================================
SALES ITEMS:
 Qty  Item number              Unit     Price
   1  RTNSERVPPSM               EA     775.000                        775.00
      MAINTENANCE PERFORMED SMALL ENGINE
      PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT
      MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR
      FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE
      CORRECT ALL AS FOUND.

      PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE
      EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
      A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
      14 DAYS OR MORE (NON-METERED EQUIPMENT)
       DATE PERFORMED 06/25/20 UNIT #10240857
       JOBSITE 181 WALKER STRET, STATEN ISLAND
       RENTAL CONTRACT # 000101545959
       HOURS USED 775
       HOURS ON UNIT 1099.000
```

CONTINUED

| SUBTOTAL | |
|---|---|
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0004 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.

**TO FOLLOW**

JOB NO.

**14- DEMAND ELECTRIC**

BRANCH

**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | | | | | | |
| . | | | | | 775.00 | | |

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 68.78 |
| INVOICE TOTAL | 843.78 |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0007 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | 56KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | N/C |

```
1037972    Make: MQ POWER  Model: MPQ56SG  Ser #: 5600037
HR OUT: 1.000      HR IN:              TOTAL: 1.000
======================================================================
SALES ITEMS:
 Qty  Item number                Unit     Price
   1  RTNSERVPPSM                 EA     775.000                                    775.00
      MAINTENANCE PERFORMED SMALL ENGINE
      PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT
      MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR
      FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE
      CORRECT ALL AS FOUND.

      PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE
      EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
      A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
      14 DAYS OR MORE (NON-METERED EQUIPMENT)
       DATE PERFORMED 06/24/20 UNIT #1037972
       JOBSITE 181 WALKER STRET, STATEN ISLAND
       RENTAL CONTRACT # 000101545959
       HOURS USED 699
       HOURS ON UNIT 700.000
```

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0007 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | | | | | | |
| . | | | | | | 775.00 | |

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 68.78 |
| INVOICE TOTAL | 843.78 |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**

EMAILINV (Rev 07/27/17)



# INVOICE

SEND ALL PAYMENTS TO:
SUNBELT RENTALS, INC.
PO BOX 409211
ATLANTA, GA 30384-9211

| INVOICE NO. | 101545959-0010 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/07/20 |
| PAGE | 1 |

INVOICE TO

DEMAND ELECTRIC INC.
3133 31ST ST 2ND FLOOR
ASTORIA, NY 11106

JOB ADDRESS

DEMAND ELECTRIC INC.
181 WALKER STRET
STATEN ISLAND, NY 10302

C#: 718-439-1600 J#: 718-439-1600

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
TO FOLLOW

JOB NO.
14- DEMAND ELECTRIC

BRANCH
1008 NORTH NEW JERSEY P&P PC1008

800 RIVERVIEW DR
TOTOWA, NJ 07512 1729
732-697-0117

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 4000W NARROW HORIZONTAL MAST LIGHT TOWER | 175.00 | 175.00 | 420.00 | 705.00 | 705.00 |
| | | 602129 Make: MAGNUM Model: MLT3060M Ser #: 1215311 | | | | | |
| | | HR OUT: 4853.000 HR IN: TOTAL: 4853.000 | | | | | |
| | 1 | 4000W NARROW HORIZONTAL MAST LIGHT TOWER | 175.00 | 175.00 | 420.00 | 705.00 | 705.00 |
| | | 602131 Make: MAGNUM Model: MLT3060 Ser #: 1303786 | | | | | |
| | | HR OUT: 4450.000 HR IN: TOTAL: 4450.000 | | | | | |

Rental Sub-total: 1410.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL | EA | 22.560 | 22.56 |
| | ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | 211.50 |

BILLED FOR FOUR WEEKS 6/16/20 THRU 7/13/20.

. 1644.06

| SUBTOTAL | 1644.06 |
|---|---|
| TAX | 145.92 |
| INVOICE TOTAL | 1789.98 |

NET DUE UPON RECEIPT

4 WEEK BILL



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0008 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | N/C |

10240833 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7253416
HR OUT: 154.000 HR IN: TOTAL: 154.000

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | RTNSERVPPSM | EA | 775.000 | 775.00 |

MAINTENANCE PERFORMED SMALL ENGINE
PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
14 DAYS OR MORE (NON-METERED EQUIPMENT)
DATE PERFORMED 06/24/20 UNIT #10240833
JOBSITE 181 WALKER STRET, STATEN ISLAND
RENTAL CONTRACT # 000101545959
HOURS USED 774
HOURS ON UNIT 928.000

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| INVOICE NO. | 101545959-0008 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | | | | | | |
| . | | | | | 775.00 | | |

| SUBTOTAL | 775.00 |
|---|---|
| TAX | 68.78 |
| INVOICE TOTAL | 843.78 |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**

EMAILINV (Rev 07/27/17)



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101514746-0008 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/22/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101514746 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**1 - P.S. 375**

JOB ADDRESS
**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 4000W NARROW VERTICAL MAST LIGHT TOWER | 175.00 | 175.00 | 420.00 | 705.00 | 705.00 |
| | | 10190305 Make: WACKER Model: LTV6L Ser #: WNCLTV01EPUM06295 | | | | | |
| | | HR OUT: 1259.000 HR IN: TOTAL: 1259.000 | | | | | |
| | 1 | 4000W NARROW VERTICAL MAST LIGHT TOWER | 175.00 | 175.00 | 420.00 | 705.00 | 705.00 |
| | | 10190320 Make: WACKER Model: LTV6L Ser #: WNCLTV01TPUM06509 | | | | | |
| | | HR OUT: 258.000 HR IN: TOTAL: 258.000 | | | | | |

Rental Sub-total: 1410.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL | EA | 22.560 | 22.56 |
| | ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | 211.50 |

BILLED FOR FOUR WEEKS 7/13/20 THRU 8/09/20.

. 1644.06

**NET DUE UPON RECEIPT**

**4 WEEK BILL**

| | |
|---|---|
| SUBTOTAL | 1644.06 |
| TAX | 145.92 |
| INVOICE TOTAL | 1789.98 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0011 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/23/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.

**TO FOLLOW**

JOB NO.

**14- DEMAND ELECTRIC**

BRANCH

**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| . QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 4000W NARROW HORIZONTAL MAST LIGHT TOWER | 175.00 | 175.00 | 420.00 | 705.00 | 705.00 |
| | 602129 Make: MAGNUM Model: MLT3060M Ser #: 1215311 | | | | | |
| | HR OUT: 4853.000 HR IN: TOTAL: 4853.000 | | | | | |
| 1 | 4000W NARROW HORIZONTAL MAST LIGHT TOWER | 175.00 | 175.00 | 420.00 | 705.00 | 705.00 |
| | 602131 Make: MAGNUM Model: MLT3060 Ser #: 1303786 | | | | | |
| | HR OUT: 4450.000 HR IN: TOTAL: 4450.000 | | | | | |

Rental Sub-total: 1410.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL | EA | 22.560 | 22.56 |
| | ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | 211.50 |

BILLED FOR FOUR WEEKS 7/14/20 THRU 8/10/20.

. 1644.06

| | |
|---|---|
| SUBTOTAL | 1644.06 |
| TAX | 145.92 |
| INVOICE TOTAL | 1789.98 |

**NET DUE UPON RECEIPT**

**4 WEEK BILL**



SUNBELT RENTALS
PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101514746-0009 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 8/07/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101514746 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**1 - P.S. 375**

JOB ADDRESS
**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 4000W NARROW VERTICAL MAST LIGHT TOWER | 175.00 | 175.00 | 420.00 | 705.00 | N/C |
| | | 10190305 Make: WACKER Model: LTV6L Ser #: WNCLTV01EPUM06295 | | | | | |
| | | HR OUT: 1259.000 HR IN: 1268.000 TOTAL: 9.000 | | | | | |
| | 1 | 4000W NARROW VERTICAL MAST LIGHT TOWER | 175.00 | 175.00 | 420.00 | 705.00 | N/C |
| | | 10190320 Make: WACKER Model: LTV6L Ser #: WNCLTV01TPUM06509 | | | | | |
| | | HR OUT: 258.000 HR IN: 259.000 TOTAL: 1.000 | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 2 | DIESEL | EA | 4.500 | 9.00 |
| | DIESEL 2141XXX0000 | | | |
| 1 | RF | EA | | N/C |
| | RETURNED FULL | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | |

FINAL BILL: 8/10/20 12:00 PM THRU 8/06/20 11:30 AM.

. 9.00

| | |
|---|---|
| SUBTOTAL | 9.00 |
| TAX | .80 |
| INVOICE TOTAL | 9.80 |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**



SUNBELT RENTALS

# INVOICE

SEND ALL PAYMENTS TO:
SUNBELT RENTALS, INC.
PO BOX 409211
ATLANTA, GA 30384-9211

| INVOICE NO. | 101545959-0012 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 8/11/20 |
| PAGE | 1 |

INVOICE TO

DEMAND ELECTRIC INC.
3133 31ST ST 2ND FLOOR
ASTORIA, NY 11106

JOB ADDRESS

DEMAND ELECTRIC INC.
181 WALKER STRET
STATEN ISLAND, NY 10302

C#: 718-439-1600 J#: 718-439-1600

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
TO FOLLOW

JOB NO.
14- DEMAND ELECTRIC

BRANCH
1008 NORTH NEW JERSEY P&P PC1008

800 RIVERVIEW DR
TOTOWA, NJ 07512 1729
732-697-0117

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 4000W NARROW HORIZONTAL MAST LIGHT TOWER | 175.00 | 175.00 | 420.00 | 705.00 | N/C |
| | | 602129 Make: MAGNUM Model: MLT3060M Ser #: 1215311 | | | | | |
| | | HR OUT: 4853.000 HR IN: 4888.900 TOTAL: 35.900 | | | | | |
| | 1 | 4000W NARROW HORIZONTAL MAST LIGHT TOWER | 175.00 | 175.00 | 420.00 | 705.00 | N/C |
| | | 602131 Make: MAGNUM Model: MLT3060 Ser #: 1303786 | | | | | |
| | | HR OUT: 4450.000 HR IN: 4482.000 TOTAL: 32.000 | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 20 | DIESEL | EA | 8.250 | 165.00 |
| | DIESEL 2141XXX0000 | | | |
| 20 | DIESEL | EA | 8.250 | 165.00 |
| | DIESEL 2141XXX0000 | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | |

FINAL BILL: 8/11/20 05:00 AM THRU 8/06/20 11:30 AM.

. 330.00

| SUBTOTAL | 330.00 |
|---|---|
| TAX | 29.28 |
| INVOICE TOTAL | 359.28 |

NET DUE UPON RECEIPT

RENTAL RETURN



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0013 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/28/21 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 36KW DIESEL GENERATOR<br>1012366 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7251578 | 400.00 | 400.00 | 975.00 | 2405.00 | 2405.00- |
| 1 | 36KW DIESEL GENERATOR<br>1016748 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7251869 | 400.00 | 400.00 | 975.00 | 2405.00 | 2405.00- |
| 1 | 36KW DIESEL GENERATOR<br>1016745 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7251859 | 400.00 | 400.00 | 975.00 | 2405.00 | 2405.00- |
| 1 | 36KW DIESEL GENERATOR<br>10240833 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7253416 | 400.00 | 400.00 | 975.00 | 2405.00 | 2405.00- |
| 1 | 36KW DIESEL GENERATOR<br>10240857 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7253495 | 400.00 | 400.00 | 975.00 | 2405.00 | 2405.00- |
| 1 | 36KW DIESEL GENERATOR<br>10240858 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7253468 | 400.00 | 400.00 | 975.00 | 2405.00 | 2405.00- |
| 1 | 36KW DIESEL GENERATOR<br>10240860 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7253415 | 400.00 | 400.00 | 975.00 | 2405.00 | 2405.00- |
| 1 | 36KW DIESEL GENERATOR<br>996903 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7251822 | 400.00 | 400.00 | 975.00 | 2405.00 | 2405.00- |
| 1 | 56KW DIESEL GENERATOR<br>1037972 Make: MQ POWER Model: MPQ56SG Ser #: 5600037 | 400.00 | 400.00 | 975.00 | 2405.00 | 2405.00- |
| 1 | 4000W NARROW HORIZONTAL MAST LIGHT TOWER<br>602129 Make: MAGNUM Model: MLT3060M Ser #: 1215311 | 175.00 | 175.00 | 420.00 | 705.00 | 705.00- |
| 1 | 4000W NARROW HORIZONTAL MAST LIGHT TOWER<br>602131 Make: MAGNUM Model: MLT3060 Ser #: 1303786 | 175.00 | 175.00 | 420.00 | 705.00 | 705.00- |

SALES ITEMS:

| Qty | Item number | Unit | Price |
|---|---|---|---|

CONTINUED

| | |
|---|---|
| SUBTOTAL | CONTINUED |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**CREDIT MEMO**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0013 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/28/21 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|---|---|---|---|---|
| 9 | NRI92028<br>PERMIT FEE | EA | 245.000 | 2205.00- |
| 1 | TOLLS<br>TOLL CHARGES | EA | 500.000 | 500.00- |
| 1 | DLPKSRCHG<br>TRANSPORTATION SURCHARGE | EA | 324.000 | 324.00- |
| 1 | ENVIRONMENTAL<br>ENVIRONMENTAL/HAZMAT FEE 2133XXX0000<br>Reason: 1 CREDIT AND REBILL | EA | 368.880 | 368.88- |
| 1 | RENTAL PROTECTION PLAN | EA | | 3458.25- |
| | DELIVERY CHARGE | | | 1200.00- |
| | PICKUP CHARGE | | | 1200.00- |

This credit memo only applies to invoice #101545959-0001, for the amount of 35178.76.

. 32311.13-

| | |
|---|---|
| SUBTOTAL | 32311.13- |
| TAX | 2867.63- |
| INVOICE TOTAL | 35178.76- |

**NET DUE UPON RECEIPT**

**CREDIT MEMO**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101708520-0002 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/14/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUMELIS | 101708520 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008 NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 11 | 6' X 10' CONTAINMENT BERM<br>Billed from 6/19/20 thru 7/01/20<br>ONE FOR EACH GEN. CUSTOMER WILL INSTALL | 67.00 | 67.00 | 170.00 | 505.00 | 3740.00 |
| | | Rental Sub-total: | | | | | 3740.00 |
| | 1 | RENTAL PROTECTION PLAN | | | | | 561.00 |

FINAL BILL: 6/19/20 11:00 AM THRU 7/01/20 08:00 AM.

. 4301.00

| | |
|---|---|
| SUBTOTAL | 4301.00 |
| TAX | 381.72 |
| INVOICE TOTAL | 4682.72 |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**

EMAILINV (Rev 07/27/17)



# INVOICE

PUMP & POWER SERVICES

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0003 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | N/C |

10240860 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7253415
HR OUT: 233.000 HR IN: TOTAL: 233.000

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | RTNSERVPPSM | EA | 775.000 | 775.00 |

MAINTENANCE PERFORMED SMALL ENGINE
PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
14 DAYS OR MORE (NON-METERED EQUIPMENT)
DATE PERFORMED 06/30/20 UNIT #10240860
JOBSITE 181 WALKER STRET, STATEN ISLAND
RENTAL CONTRACT # 000101545959
HOURS USED 754
HOURS ON UNIT 987.000

CONTINUED

**NET DUE UPON RECEIPT**

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**PREVENTIVE MAINT INV**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 101545959-0003 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 101545959 |

PURCHASE ORDER NO.

**TO FOLLOW**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | | | | | | |
| . | | | | | | 775.00 | |

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 68.78 |
| INVOICE TOTAL | 843.78 |

**NET DUE UPON RECEIPT**

**PREVENTIVE MAINT INV**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102151991-0003 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/16/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**501 BRIELLE AVE**
**STATEN ISLAND, NY 10314 6429**

**C#: 718-439-1600 J#: 917-299-4862**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, ANDREW | 102151991 |

PURCHASE ORDER NO.
**QUOTE**

JOB NO.
**2**

BRANCH
**1008 NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | 1950.00 |
| | | 10304481 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7253603 | | | | | |
| | | HR OUT: 2.000 HR IN: 309.900 TOTAL: 307.900 | | | | | |
| | | Billed from 7/03/20 thru 7/14/20 | | | | | |
| | | 208V 1PH | | | | | |
| | | ** Single Shift Rates ** | | | | | |
| | | Rsv created by: 85332 | | | | | |
| | 1 | 36KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | 1950.00 |
| | | 996900 Make: MQ POWER Model: DCA45SSIU4F Ser #: 7251808 | | | | | |
| | | HR OUT: 6787.000 HR IN: 7070.500 TOTAL: 283.500 | | | | | |
| | | 208V 1PH | | | | | |
| | | ** Single Shift Rates ** | | | | | |
| | | Rsv created by: 85332 | | | | | |
| | 1 | 56KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | 1950.00 |
| | | 1045611 Make: MQ POWER Model: MPQ56SG Ser #: 5600047 | | | | | |
| | | HR OUT: 6719.000 HR IN: 6795.000 TOTAL: 76.000 | | | | | |
| | | 208V 1PH | | | | | |
| | | ** Single Shift Rates ** | | | | | |
| | | Rsv created by: 85332 | | | | | |
| | 1 | 56KW DIESEL GENERATOR | 400.00 | 400.00 | 975.00 | 2405.00 | 1950.00 |
| | | 1068398 Make: MQ POWER Model: MQP56SG Ser #: 5600120 | | | | | |
| | | HR OUT: 11335.10 HR IN: 11606.000 TOTAL: 270.900 | | | | | |
| | | 208V 1PH | | | | | |
| | | ** Single Shift Rates ** | | | | | |

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102151991-0003 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/16/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**501 BRIELLE AVE**
**STATEN ISLAND, NY 10314 6429**

**C#: 718-439-1600 J#: 917-299-4862**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, ANDREW | 102151991 |

PURCHASE ORDER NO.
**QUOTE**

JOB NO.
**2**

BRANCH
**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|

Rsv created by: 85332

Rental Sub-total: 7800.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL | EA | 124.800 | 124.80 |
| | ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | 1170.00 |

FINAL BILL: 7/03/20 10:00 AM THRU 7/14/20 07:30 PM.

9094.80

**NET DUE UPON RECEIPT**

**RENTAL RETURN**

| | |
|---|---|
| SUBTOTAL | 9094.80 |
| TAX | 807.16 |
| INVOICE TOTAL | 9901.96 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| INVOICE NO. | 102355392-0001 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/25/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**501 BRIELLE AVE**
**STATEN ISLAND, NY 10314 6429**

**C#: 718-439-1600 J#: 917-299-4862**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| KOURKOUMELIS, ANDREW | 102355392 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**2**

BRANCH
**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| | 4 | 6' X 10' CONTAINMENT BERM | 67.00 | 67.00 | 170.00 | 505.00 | 2020.00 |
| | | | Rental Sub-total: | | | | 2020.00 |
| | 1 | RENTAL PROTECTION PLAN | | | | | 303.00 |

BILLED FOR FOUR WEEKS 6/08/20 THRU 7/05/20.

. 2323.00

| SUBTOTAL | 2323.00 |
|---|---|
| TAX | 206.17 |
| INVOICE TOTAL | 2529.17 |

**NET DUE UPON RECEIPT**

**4 WEEK BILL**

EMAILINV (Rev 07/27/17)



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102721925-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/22/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 917-426-4325**

RECEIVED BY
**DEMETRI,**

CONTRACT NO.
**102721925**

PURCHASE ORDER NO.
**TBD**

JOB NO.
**13- DEMAND ELECTRIC**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | MAINTENANCE PERFORMED LARGE ENGI | EA | 775.000 | 775.00 |

```
RTNSERVPPLG
PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT
MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR
FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE
CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE
EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
14 DAYS OR MORE (NON-METERED EQUIPMENT)
 Pm service at cust site 5am shutdown
 asset 10240860
 06/06/20
 SHIP TO:  DEMAND ELECTRIC INC.
     168 HOOKER PL
     STATEN ISLAND, NY  10302 1639
```

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 66.84 |
| INVOICE TOTAL | 841.84 |



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102723965-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/22/20 |
| Page: | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 917-426-4325**

RECEIVED BY
**DEMETRI,**

CONTRACT NO.
**102723965**

PURCHASE ORDER NO.
**TBD**

JOB NO.
**13- DEMAND ELECTRIC**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | MAINTENANCE PERFORMED LARGE ENGI RTNSERVPPLG | EA | 775.000 | 775.00 |

```
PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT
MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR
FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE
CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE
EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
14 DAYS OR MORE (NON-METERED EQUIPMENT)
 Pm service @ cust site 5am shutdown
 asset 1037972
 06/06/20
 hrs 305
 SHIP TO:  DEMAND ELECTRIC INC.
     168 HOOKER PL
     STATEN ISLAND, NY  10302 1639
```

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 66.84 |
| INVOICE TOTAL | 841.84 |



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| INVOICE NO. | 102724606-0001 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/22/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 917-426-4325**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| DEMETRI, | 102724606 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**13- DEMAND ELECTRIC**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | MAINTENANCE PERFORMED LARGE ENGI | EA | 775.000 | 775.00 |

```
RTNSERVPPLG
PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT
MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR
FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE
CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE
EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
14 DAYS OR MORE (NON-METERED EQUIPMENT)
 Pm service @ cust job site 5am shutdown
 asset 996903
 06/06/20
 hrs 5861
 SHIP TO:  DEMAND ELECTRIC INC.
     168 HOOKER PL
     STATEN ISLAND, NY  10302 1639
```

COPY

*All Your Equipment Needs... One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| SUBTOTAL | 775.00 |
|---|---|
| TAX | 66.84 |
| INVOICE TOTAL | 841.84 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102355392-0002 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/16/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**501 BRIELLE AVE**
**STATEN ISLAND, NY 10314 6429**

**C#: 718-439-1600 J#: 917-299-4862**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| KOURKOUMELIS, ANDREW | 102355392 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**2**

BRANCH
**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 4 | 6' X 10' CONTAINMENT BERM<br>Billed from 7/06/20 thru 7/14/20 | 67.00 | 67.00 | 170.00 | 505.00 | 1216.00 |
| | | | Rental Sub-total: | | | | 1216.00 |
| | 1 | RENTAL PROTECTION PLAN | | | | | 182.40 |

FINAL BILL: 7/06/20 10:00 AM THRU 7/14/20 07:30 PM.

. 1398.40

| | |
|---|---|
| SUBTOTAL | 1398.40 |
| TAX | 124.11 |
| INVOICE TOTAL | 1522.51 |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102398568-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/12/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**2424 BOSTON RD**
**BRONX, NY 10467 9012**

**C#: 718-439-1600 J#: 917-426-4325**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, ANDREW | 102398568 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**16- DEMAND ELECTRIC**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 10 | CABLE RAMPS<br>Billed from 6/12/20 thru 6/12/20 | 15.00 | 15.00 | 32.00 | 98.00 | N/C |

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | NOTES<br>NOTES<br>DRIVER WAS ALREADY IN THE BRONX WHEN NOTIFIED TO CANCEL THIS DELIVERY.<br>CANCELLED BY DIMITRI CANCELLED ORDER. | EA | | N/C |
| | DLPKSRCHG<br>TRANSPORTATION SURCHARGE | EA | 62.500 | N/C |
| 1 | RENTAL PROTECTION PLAN | EA | | |

DELIVERY CHARGE 250.00

FINAL BILL: 6/12/20 12:00 PM THRU 6/12/20 01:29 PM.

250.00

**NET DUE UPON RECEIPT**

**RENTAL RETURN**

| | |
|---|---|
| SUBTOTAL | 250.00 |
| TAX | 22.19 |
| INVOICE TOTAL | 272.19 |



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102722288-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/22/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 917-426-4325**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| DEMETRI, | 102722288 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**13- DEMAND ELECTRIC**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | MAINTENANCE PERFORMED LARGE ENGI RTNSERVPPLG | EA | 775.000 | 775.00 |

PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE. A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR 14 DAYS OR MORE (NON-METERED EQUIPMENT)

Pm service @ customer site 5am
asset 10240857
hrs 621
SHIP TO: DEMAND ELECTRIC INC.
168 HOOKER PL
STATEN ISLAND, NY 10302 1639

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 66.84 |
| INVOICE TOTAL | 841.84 |



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| INVOICE NO. | 102724323-0001 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/22/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| DEMETRI, | 102724323 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**13- DEMAND ELECTRIC**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 917-426-4325**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | MAINTENANCE PERFORMED LARGE ENGI RTNSERVPPLG | EA | 775.000 | 775.00 |

PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE. A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR 14 DAYS OR MORE (NON-METERED EQUIPMENT)

Pm service @ cust site 5am shutdown
asset 1016745
hrs 7456
06/06/20
SHIP TO: DEMAND ELECTRIC INC.
168 HOOKER PL
STATEN ISLAND, NY 10302 1639

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| SUBTOTAL | 775.00 |
|---|---|
| TAX | 66.84 |
| INVOICE TOTAL | 841.84 |

SALEEMAIL (Rev 06/17/17)



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102725875-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/22/20 |
| Page: | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

RECEIVED BY
**ANDREW, ,K.**

CONTRACT NO.
**102725875**

PURCHASE ORDER NO.
**REFUELING**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 79.6 | 2141XXX000<br>FUELSVC<br>6/19/20 79.60 GALLONS OF FUEL/$4.50 GAL. | EA | 4.500 | 358.20 |
| 1 | FUEL DELIVERY FEE<br>FUELDEL<br>6/19/20 DELIVERY DROP FEE FOR FUEL UNDER<br>400 GALLONS. | EA | 200.000 | 200.00 |

```
DELIVERY CHARGE
SHIP TO:  DEMAND ELECTRIC INC.
    181 WALKER STRET
    STATEN ISLAND, NY  10302
```

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 558.20 |
| TAX | 49.54 |
| INVOICE TOTAL | 607.74 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102900573-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/26/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, , | 102900573 |

PURCHASE ORDER NO.
**REFUELING**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008 NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 71.6 | 2141XXX000<br>FUELSVC<br>6/25/20 71.60 GALLONS OF FUEL/$4.50 GAL. | EA | 4.500 | 322.20 |
| 1 | FUEL DELIVERY FEE<br>FUELDEL<br>6/25/20 FUEL DROP DELIVERY FEE FOR ANY GALLONS UNDER 400 PER DROP.<br><br>DELIVERY CHARGE<br>SHIP TO: DEMAND ELECTRIC INC.<br>181 WALKER STRET<br>STATEN ISLAND, NY 10302 | EA | 200.000 | 200.00 |

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 522.20 |
| TAX | 46.35 |
| INVOICE TOTAL | 568.55 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102965146-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/29/20 |
| Page: | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, , | 102965146 |

PURCHASE ORDER NO.
**REFUELING**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 34.4 | 2141XXX000<br>FUELSVC<br>6/27/20 34.40 GALLONS OF FUEL/$4.50 GAL. | EA | 4.500 | 154.80 |
| 1 | FUEL DELIVERY FEE<br>FUELDEL<br>6/27/20 FUEL DROP DELIVERY FEE. | EA | 200.000 | 200.00 |

DELIVERY CHARGE
SHIP TO: DEMAND ELECTRIC INC.
181 WALKER STREET
STATEN ISLAND, NY 10302

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 354.80 |
| TAX | 31.49 |
| INVOICE TOTAL | 386.29 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102726811-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/22/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, ,K. | 102726811 |

PURCHASE ORDER NO.
**REFUELING**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008 NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 96.6 | 2141XXX000<br>FUELSVC<br>6/21/20 96.60 GALLON OF FUEL/$4.50 GAL. | EA | 4.500 | 434.70 |
| 1 | FUEL DELIVERY FEE<br>FUELDEL<br>6/21/20 FUEL DROP FEE FOR FUEL UNDER<br>400 GALLONS.<br><br>DELIVERY CHARGE<br>SHIP TO: DEMAND ELECTRIC INC.<br>181 WALKER STRET<br>STATEN ISLAND, NY 10302 | EA | 200.000 | 200.00 |

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 634.70 |
| TAX | 56.33 |
| INVOICE TOTAL | 691.03 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102810462-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/24/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, , | 102810462 |

PURCHASE ORDER NO.
**REFUELING**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008 NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 82.5 | 2141XXX000<br>FUELSVC<br>6/23/20 82.50 GALLONS OF FUEL/$4.50 GAL. | EA | 4.500 | 371.25 |
| 1 | FUEL DELIVERY FEE<br>FUELDEL<br>6/23/20 FUEL DROP FEE FOR FUEL UNDER 400<br>GALLONS A DROP. | EA | 200.000 | 200.00 |

DELIVERY CHARGE
SHIP TO: DEMAND ELECTRIC INC.
181 WALKER STRET
STATEN ISLAND, NY 10302

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 571.25 |
| TAX | 50.70 |
| INVOICE TOTAL | 621.95 |



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | **103165041-0001** |
| ACCOUNT NO. | **557576** |
| INVOICE DATE | **7/06/20** |
| | **Page: 1** |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**SCHOOL**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 718-439-1600**

RECEIVED BY
**DEMETRI,**

CONTRACT NO.
**103165041**

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**1 - SCHOOL**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | MAINTENANCE PERFORMED LARGE ENGI<br>RTNSERVPPLG | EA | 775.000 | 775.00 |

PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE. A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR 14 DAYS OR MORE (NON-METERED EQUIPMENT)

Pm service at cust site 4am
asset 10240858
06/24/20
SHIP TO: SCHOOL
168 HOOKER PL
STATEN ISLAND, NY 10302 1639

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 66.84 |
| INVOICE TOTAL | 841.84 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102862158-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/25/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

RECEIVED BY
**DEMETRI, DEMETRI**

CONTRACT NO.
**102862158**

PURCHASE ORDER NO.
**TBD**

JOB ADDRESS
**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

JOB NO.
**1 - P.S. 375**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 80.9 | 2141XXX000<br>FUELSVC<br>Fuel Delivery 6/15 | EA | 5.250 | 424.73 |
| 1 | FUEL DELIVERY FEE<br>FUELDEL | EA | 100.000 | 100.00 |

DELIVERY CHARGE
SHIP TO: P.S. 375
141 E 111TH ST
NEW YORK, NY 10029 2641

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 524.73 |
| TAX | 46.57 |
| INVOICE TOTAL | 571.30 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102888736-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/15/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUMELIS | 102888736 |

PURCHASE ORDER NO.
**PENDING**

JOB ADDRESS
**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

JOB NO.
**1 - P.S. 375**

BRANCH
**0668 NEW YORK AWP PC668**

**150 NASSAU AVE**
**ISLIP, NY 11751 3216**
**631-224-5000**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| | 1 | 15K-17K 44' HVAC SHOOTING BOOM FORKLIFT | 985.00 | 985.00 | 3535.00 | 8080.00 | 8080.00 |
| | | 1043056 Make: JLG Model: 1644 Ser #: 0160082691 | | | | | |
| | | HR OUT: 3167.000 HR IN: TOTAL: 3167.000 | | | | | |
| | | #Needs tow hook atachment | | | | | |
| | | #A1893 | | | | | |

Rental Sub-total: 8080.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | SBR0560696 | EA | 220.500 | 220.50 |
| | FUEL CONVENIENCE CHARGE | | | |
| 1 | DLPKSRCHG | EA | 153.120 | 153.12 |
| | TRANSPORTATION SURCHARGE | | | |
| 1 | ENVIRONMENTAL | EA | 129.280 | 129.28 |
| | ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | 1212.00 |

| | |
|---|---|
| DELIVERY CHARGE | 1000.00 |
| PICKUP CHARGE | 225.00 |

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**4 WEEK BILL**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 102888736-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/15/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUMELIS | 102888736 |

PURCHASE ORDER NO.
**PENDING**

JOB NO.
**1 - P.S. 375**

BRANCH
**0668** **NEW YORK AWP PC668**

**150 NASSAU AVE**
**ISLIP, NY 11751 3216**
**631-224-5000**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | BILLED FOR FOUR WEEKS 6/29/20 THRU 7/26/20. | | | | | |
| . | | | | | 11019.90 | | |

**NET DUE UPON RECEIPT**

**4 WEEK BILL**

| | |
|---|---|
| SUBTOTAL | 11019.90 |
| TAX | 978.02 |
| INVOICE TOTAL | 11997.92 |



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103168634-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**SCHOOL**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| DEMETRI, | 103168634 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**1 - SCHOOL**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | MAINTENANCE PERFORMED LARGE ENGI<br>RTNSERVPPLG | EA | 775.000 | 775.00 |

PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE. A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR 14 DAYS OR MORE (NON-METERED EQUIPMENT)

Pm service at cust site 5am
06/26/20
asset 10304481
SHIP TO: SCHOOL
168 HOOKER PL
STATEN ISLAND, NY 10302 1639

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 66.84 |
| INVOICE TOTAL | 841.84 |

SALEEMAIL (Rev 06/17/17)



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| INVOICE NO. | 102888736-0004 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/27/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUMELIS | 102888736 |

PURCHASE ORDER NO.

**PENDING**

JOB NO.

**1 - P.S. 375**

BRANCH

**0668 NEW YORK AWP PC668**

**150 NASSAU AVE**
**ISLIP, NY 11751 3216**
**631-224-5000**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 15K-17K 44' HVAC SHOOTING BOOM FORKLIFT<br>1043056 Make: JLG Model: 1644 Ser #: 0160082691 | 985.00 | 985.00 | 3535.00 | 8080.00 | 6110.00- |

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL<br>ENVIRONMENTAL/HAZMAT FEE 2133XXX0000<br>Reason: 1 MANAGERS DISCRETION | EA | 98.250 | 98.25- |
| 1 | RENTAL PROTECTION PLAN | EA | | 916.50- |

This credit memo only applies to invoice #102888736-0001,
for the amount of 7757.07.

. 7124.75-

**NET DUE UPON RECEIPT**

**CREDIT MEMO**

| SUBTOTAL | 7124.75- |
|---|---|
| TAX | 632.32- |
| INVOICE TOTAL | 7757.07- |

EMAILINV (Rev 07/27/17)



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103001080-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 6/30/20 |
| Page: | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

RECEIVED BY
**ANDREW, ,**

CONTRACT NO.
**103001080**

PURCHASE ORDER NO.
**REFUELING**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 6.5 | 2141XXX000<br>FUELSVC<br>6/29/20 6.50 GALLONS OF FUEL/$4.50 A GAL | EA | 4.500 | 29.25 |
| 1 | FUEL DELIVERY FEE<br>FUELDEL<br>6/29/20 DELIVERY DROP FEE FOR ANY DROP<br>UNDER 400 GALLONS.<br><br>DELIVERY CHARGE<br>SHIP TO: DEMAND ELECTRIC INC.<br>181 WALKER STREET<br>STATEN ISLAND, NY 10302 | EA | 200.000 | 200.00 |

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 229.25 |
| TAX | 20.35 |
| INVOICE TOTAL | 249.60 |



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103168881-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**SCHOOL**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 718-439-1600**

RECEIVED BY
**DEMETRI,**

CONTRACT NO.
**103168881**

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**1 - SCHOOL**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | MAINTENANCE PERFORMED LARGE ENGI | EA | 775.000 | 775.00 |

```
 RTNSERVPPLG
PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT
MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR
FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE
CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE
EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
14 DAYS OR MORE (NON-METERED EQUIPMENT)
 Pm service at cust site 4am
 asset 996900
 06/26/20
 SHIP TO:  SCHOOL
     168 HOOKER PL
     STATEN ISLAND, NY  10302 1639
```

COPY

*All Your Equipment Needs... One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 66.84 |
| INVOICE TOTAL | 841.84 |

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103004271-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/10/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**SCHOOL**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, ANDREW DEMAN | 103004271 |

PURCHASE ORDER NO.
.

JOB NO.
**1 - SCHOOL**

BRANCH
**1091 SOUTH PLAINFIELD NJ AWP PC1091**

**2501 S CLINTON AVE**
**SOUTH PLAINFIELD, NJ 07080 14**
**908-666-4561**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 5.5K 19' CAB SHOOTING BOOM FORKLIFT | 570.00 | 570.00 | 1375.00 | 3170.00 | 1140.00 |
| | | 10247163 Make: JCB Model: 50520TC Ser #: 2846176 | | | | | |
| | | HR OUT: 196.000 HR IN: 197.300 TOTAL: 1.300 | | | | | |
| | | Billed from 7/01/20 thru 7/02/20 | | | | | |
| | | #req.locking doors | | | | | |

Rental Sub-total: 1140.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | SBR0560325 | EA | 178.500 | 178.50 |
| | FUEL CONVENIENCE CHARGE | | | |
| 1 | DLPKSRCHG | EA | 37.500 | 37.50 |
| | TRANSPORTATION SURCHARGE | | | |
| 1 | ENVIRONMENTAL | EA | 18.240 | 18.24 |
| | ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | 171.00 |

DELIVERY CHARGE 150.00

PICKUP CHARGE 150.00

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103004271-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/10/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**SCHOOL**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, ANDREW DEMAN | 103004271 |

PURCHASE ORDER NO.
.

JOB NO.
**1 - SCHOOL**

BRANCH
**1091** **SOUTH PLAINFIELD NJ AWP PC1091**

**2501 S CLINTON AVE**
**SOUTH PLAINFIELD, NJ 07080 14**
**908-666-4561**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | FINAL BILL: 7/01/20 07:00 AM THRU 7/02/20 12:15 PM. | | | | | |
| . | | | | | 1845.24 | | |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**

| | |
|---|---|
| SUBTOTAL | 1845.24 |
| TAX | 163.77 |
| INVOICE TOTAL | 2009.01 |



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103169091-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**SCHOOL**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| DEMETRI, | 103169091 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**1 - SCHOOL**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | MAINTENANCE PERFORMED LARGE ENGI<br>RTNSERVPPLG | EA | 775.000 | 775.00 |

```
PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT
MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR
FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE
CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE
EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
14 DAYS OR MORE (NON-METERED EQUIPMENT)
 Pm service at customer site 4am
 asset 1045611
 06/26/20
 SHIP TO:  SCHOOL
     168 HOOKER PL
     STATEN ISLAND, NY  10302 1639
```

COPY

*All Your Equipment Needs... One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 66.84 |
| INVOICE TOTAL | 841.84 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103004271-0002 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/15/21 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**SCHOOL**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, ANDREW DEMAN | 103004271 |

PURCHASE ORDER NO.
.

JOB NO.
**1 - SCHOOL**

BRANCH
**1091** **SOUTH PLAINFIELD NJ AWP PC1091**

**2501 S CLINTON AVE**
**SOUTH PLAINFIELD, NJ 07080 14**
**908-666-4561**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 5.5K 19' CAB SHOOTING BOOM FORKLIFT<br>10247163 Make: JCB Model: 50520TC Ser #: 2846176 | 570.00 | 570.00 | 1375.00 | 3170.00 | 570.00- |

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | SBR0560325<br>FUEL CONVENIENCE CHARGE | EA | 170.500 | 170.50- |
| 1 | ENVIRONMENTAL<br>ENVIRONMENTAL/HAZMAT FEE 2133XXX0000<br>Reason: 1 INTERNAL COMMUNICATION | EA | 9.120 | 9.12- |
| 1 | RENTAL PROTECTION PLAN | EA | | 85.50- |

This credit memo only applies to invoice #103004271-0001, for the amount of 909.24.

. 835.12-

| | |
|---|---|
| SUBTOTAL | 835.12- |
| TAX | 74.12- |
| INVOICE TOTAL | 909.24- |

**NET DUE UPON RECEIPT**

**CREDIT MEMO**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103209841-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/23/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**BEACH STREET**
**1 BEACH STREET**
**108TH STREET**
**FAR ROCKAWAY, NY 11691**
**C#: 718-439-1600 J#: 917-299-4862**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| KOURKOUMELIS, DEMETR | 103209841 |

PURCHASE ORDER NO.
**DEMETRI KOURKOUMELIS**

JOB NO.
**BEACH STREET**

BRANCH
**0540 MASPETH AWP PC540**

**5875 MAURICE AVE**
**MASPETH, NY 11378 2332**
**718-387-4872**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 6K-7K 42' CAB SHOOTING BOOM FORKLIFT | 565.00 | 565.00 | 1285.00 | 2795.00 | 2795.00 |
| | | 10213660 Make: SKYTRAK Model: 6042 Ser #: 0160098736 | | | | | |
| | | HR OUT: 358.800 HR IN: 360.100 TOTAL: 1.300 | | | | | |
| | | # PALLET FORKS | | | | | |
| | | # JOB NUMBER #0956 | | | | | |
| | | # FAR ROCKAWAY PARKINGLOT | | | | | |

Rental Sub-total: 2795.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | SBR0560335<br>FUEL CONVENIENCE CHARGE | EA | 183.750 | 183.75 |
| 1 | DLPKSRCHG<br>TRANSPORTATION SURCHARGE | EA | 48.750 | 48.75 |
| 1 | ENVIRONMENTAL<br>ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | EA | 44.720 | 44.72 |
| 1 | RENTAL PROTECTION PLAN | EA | | 419.25 |

| | |
|---|---|
| DELIVERY CHARGE | 195.00 |
| PICKUP CHARGE | 195.00 |

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**4 WEEK BILL**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103209841-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/23/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**BEACH STREET**
**1 BEACH STREET**
**108TH STREET**
**FAR ROCKAWAY, NY 11691**
**C#: 718-439-1600 J#: 917-299-4862**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| KOURKOUMELIS, DEMETR | 103209841 |

PURCHASE ORDER NO.
**DEMETRI KOURKOUMELIS**

JOB NO.
**BEACH STREET**

BRANCH
**0540** **MASPETH AWP PC540**

**5875 MAURICE AVE**
**MASPETH, NY 11378 2332**
**718-387-4872**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | BILLED FOR FOUR WEEKS 7/08/20 THRU 8/04/20. | | | | | |
| . | | | | | 3881.47 | | |

**NET DUE UPON RECEIPT**

**4 WEEK BILL**

| | |
|---|---|
| SUBTOTAL | 3881.47 |
| TAX | 344.50 |
| INVOICE TOTAL | 4225.97 |



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103089483-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/02/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| DEMETRI, DEMITRI | 103089483 |

PURCHASE ORDER NO.
**TBD**

JOB NO.
**1 - P.S. 375**

JOB ADDRESS
**P.S. 375**
**141 E 111TH ST**
**NEW YORK, NY 10029 2641**

**C#: 718-439-1600 J#: 917-426-4325**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

```
.  QTY  EQUIPMENT #                                     Min      Day     Week    4 Week      Amount
.
     1  MISCELLANEOUS                                                                          N/C
          Billed from  6/29/20 thru  7/02/20
        **NO CHARGE**

   SALES ITEMS:
    Qty  Item number                Unit      Price
     19  ELABOR                      EA      187.500                                        3562.50
         2218XXX050
          TO REMOVE 4 GENERATORS FROM PLATFORM AND
          PLACE ON E 111TH ST FOR PICK UP.
          2 REMOVED ON 6-29-20 AND 2 ON 6-30-20.
          REQUIRED 2 WORKERS EACH NIGHT. INCLUDES
          TRAVEL TIME BOTH EVENINGS.
          Asset #846450
          Asset #846451
          Asset #996891
          Asset #10129497
      1  RENTAL PROTECTION PLAN       EA

         FINAL BILL:  6/29/20 06:00 PM THRU  7/02/20 09:38 AM.

.                                                                    3562.50
```

| | |
|---|---|
| SUBTOTAL | 3562.50 |
| TAX | 307.27 |
| INVOICE TOTAL | 3869.77 |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103165872-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**SCHOOL**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 718-439-1600**

RECEIVED BY
**DEMETRI,**

CONTRACT NO.
**103165872**

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**1 - SCHOOL**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | MAINTENANCE PERFORMED LARGE ENGI | EA | 775.000 | 775.00 |

```
 RTNSERVPPLG
PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT
MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR
FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE
CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE
EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE.
A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR
14 DAYS OR MORE (NON-METERED EQUIPMENT)
 Pm service on asset 1016748
 06/24/20
 serive done 4am
 SHIP TO:  SCHOOL
     168 HOOKER PL
     STATEN ISLAND, NY  10302 1639
```

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 66.84 |
| INVOICE TOTAL | 841.84 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 109868559-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/27/21 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUMELIS | 109868559 |

PURCHASE ORDER NO.

**REBILL**

JOB NO.

**14- DEMAND ELECTRIC**

BRANCH

**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| . QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | MISCELLANEOUS<br>Billed from 1/26/21 thru 1/27/21<br>4000W NARROW HORIZONTAL LIGHT TOWER<br># 602129<br>MAKE: MAGNUM MODEL: MLT3060M<br>SERIAL # 1215311<br>HRS OUT: 4853<br>BILLED FROM 5/19/20 THRU 6/15/20 | 175.00 | 175.00 | 420.00 | 705.00 | 705.00 |
| 1 | MISCELLANEOUS<br>4000W NARROW HORIZONTAL LIGHT TOWER<br># 602131<br>MAKE: MAGNUM MODEL: MLT3060<br>SER #: 1303786<br>HRS OUT: 4450<br>BILLED FROM 5/19/20 THRU 6/15/20 | 175.00 | 175.00 | 420.00 | 705.00 | 705.00 |
| 1 | GENERATOR RENTAL PACKAGE<br>36KW DIESEL GENERATOR # 1012366<br>MAKE: MQ POWER MODEL: DCA45SSIU4F<br>SER #: 7251578<br>HRS OUT: 2339<br>BILLED FROM 5/19/20 THRU 6/15/20 | 400.00 | 400.00 | 975.00 | 2405.00 | 2405.00 |
| 1 | GENERATOR RENTAL PACKAGE<br>36KW DIESEL GENERATOR # 1016748<br>MAKE: MQ POWER MODEL: DCA45SSIU4F | 800.00 | 800.00 | 1950.00 | 4810.00 | 4810.00 |

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 109868559-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/27/21 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUMELIS | 109868559 |

PURCHASE ORDER NO.
**REBILL**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | SER #: 7251869 | | | | | |
| | | HRS OUT: 11116 | | | | | |
| | | BILLED FROM 5/19/20 THRU 6/15/20 | | | | | |
| | | *** PRIME RENTAL RATE *** | | | | | |
| | 1 | GENERATOR RENTAL PACKAGE | 800.00 | 800.00 | 1950.00 | 4810.00 | 4810.00 |
| | | 36KW DIESEL GENERATOR # 1016745 | | | | | |
| | | MAKE: MQ POWER MODEL: DCA45SSIU4F | | | | | |
| | | SER #: 7251859 | | | | | |
| | | HRS OUT: 7175 | | | | | |
| | | BILLED FROM 5/19/20 THRU 6/15/20 | | | | | |
| | | *** PRIME RENTAL RATE *** | | | | | |
| | 1 | GENERATOR RENTAL PACKAGE | 800.00 | 800.00 | 1950.00 | 4810.00 | 4810.00 |
| | | 36KW DIESEL GENERATOR # 10240833 | | | | | |
| | | MAKE: MQ POWER MODEL: DCA45SSIU4F | | | | | |
| | | SER #: 7253416 | | | | | |
| | | HRS OUT: 154 | | | | | |
| | | BILLED FROM 5/19/20 THRU 6/15/20 | | | | | |
| | | *** PRIME RENTAL RATE *** | | | | | |
| | 1 | GENERATOR RENTAL PACKAGE | 800.00 | 800.00 | 1950.00 | 4810.00 | 4810.00 |
| | | 36KW DIESEL GENERATOR # 10240857 | | | | | |
| | | MAKE: MQ POWER MODEL: DCA45SIU4F | | | | | |
| | | SER #: 7253495 | | | | | |
| | | HRS OUT: 324 | | | | | |
| | | BILLED FROM 5/19/20 THRU 6/15/20 | | | | | |

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| INVOICE NO. | 109868559-0001 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/27/21 |
| PAGE | 3 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUMELIS | 109868559 |

PURCHASE ORDER NO.
**REBILL**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| | *** PRIME RENTAL RATE *** | | | | | |
| 1 | GENERATOR RENTAL PACKAGE | 400.00 | 400.00 | 975.00 | 2405.00 | 2405.00 |
| | 36KW DIESEL GENERATOR # 10240858 | | | | | |
| | MAKE: MQ POWER MODEL: DCA45SSIU4F | | | | | |
| | SER #: 7253468 | | | | | |
| | HRS OUT: 39 | | | | | |
| | BILLED FROM 5/19/20 THRU 6/15/20 | | | | | |
| 1 | GENERATOR RENTAL PACKAGE | 800.00 | 800.00 | 1950.00 | 4810.00 | 4810.00 |
| | 36KW DIESEL GENERATOR # 10240860 | | | | | |
| | MAKE: MQ POWER MODEL: DCA45SSIU4F | | | | | |
| | SER #: 7253415 | | | | | |
| | HRS OUT: 233 | | | | | |
| | BILLED FROM 5/19/20 THRU 5/15/20 | | | | | |
| | *** PRIME RENTAL RATE *** | | | | | |
| 1 | GENERATOR RENTAL PACKAGE | 800.00 | 800.00 | 1950.00 | 4810.00 | 4810.00 |
| | 36KW DIESEL GENERATOR # 996903 | | | | | |
| | MAKE: MQ POWER MODEL: DCA45SSIU4F | | | | | |
| | SER: 7251822 | | | | | |
| | HRS OUT: 5589 | | | | | |
| | BILLED FROM 5/19/20 THRU 6/15/20 | | | | | |
| | *** PRIME RENTAL RATE *** | | | | | |
| 1 | GENERATOR RENTAL PACKAGE | 800.00 | 800.00 | 1950.00 | 4810.00 | 4810.00 |
| | 56KW DIESEL GENERATOR # 1037972 | | | | | |
| | MAKE: MQ POWER MODEL: DCA45SSIU4F | | | | | |

CONTINUED

| SUBTOTAL | |
|---|---|
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 109868559-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/27/21 |
| PAGE | 4 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUMELIS | 109868559 |

PURCHASE ORDER NO.
**REBILL**

JOB NO.
**14- DEMAND ELECTRIC**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

BRANCH
**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

```
.  QTY  EQUIPMENT #                                  Min      Day      Week    4 Week      Amount
.
          SER #: 5600037
          HRS OUT: 1.0
          BILLED FROM 5/19/20  THRU 6/1/20
          *** PRIME RENTAL RATE ***

                                                   Rental Sub-total:                     39890.00

  SALES ITEMS:
   Qty  Item number                    Unit     Price
     9  NRI92028                        EA    245.000                                    2205.00
        PERMIT FEE
         FDNY PERMIT FEE
     1  TOLLS                           EA    500.000                                     500.00
        TOLL CHARGES
     1  DLPKSRCHG                       EA    300.000                                     300.00
        TRANSPORTATION SURCHARGE
     1  ENVIRONMENTAL                   EA    629.780                                     629.78
        ENVIRONMENTAL/HAZMAT FEE 2133XXX0000
     1  RENTAL PROTECTION PLAN          EA                                               5983.50

         DELIVERY CHARGE                                                                 1200.00

         PICKUP CHARGE                                                                   1200.00
                                                                   CONTINUED
```

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | **109868559-0001** |
| ACCOUNT NO. | **557576** |
| INVOICE DATE | **1/27/21** |
| PAGE | **5** |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| **ANDREW, KOURKOUMELIS** | **109868559** |

PURCHASE ORDER NO.

**REBILL**

JOB NO.

**14- DEMAND ELECTRIC**

BRANCH

**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

SALES ITEMS:

| Qty | Item number | Unit | Price |
|---|---|---|---|

FINAL BILL: 1/26/21 10:00 AM THRU 1/27/21 03:57 PM.

. 51908.28

| | |
|---|---|
| SUBTOTAL | **51908.28** |
| TAX | **4606.87** |
| INVOICE TOTAL | **56515.15** |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**



PUMP & POWER SERVICES

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103166174-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 7/06/20 |
| | Page: 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**SCHOOL**
**168 HOOKER PL**
**STATEN ISLAND, NY 10302 1639**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| DEMETRI, | 103166174 |

PURCHASE ORDER NO.
**TO FOLLOW**

JOB NO.
**1 - SCHOOL**

BRANCH
**0104** **NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | MAINTENANCE PERFORMED LARGE ENGI RTNSERVPPLG | EA | 775.000 | 775.00 |

PERFORM REQUIRED MAINTENANCE, (AS RECOMMENDED BY EQUIPMENT MANUFACTURE), EITHER ONSITE OR AT OUR FACILITY. TEST UNIT FOR FUNCTIONALITY. INSPECT UNIT FOR ANY SAFETY DEFECT OR DAMAGE CORRECT ALL AS FOUND.

PREVENTIVE MAINTENANCE (PM) CHARGES APPLY WHEN THE CUSTOMER HAS THE EQUIPMENT ON CONTINUOUS RENTAL THROUGHOUT AN ENTIRE PM CYCLE. A PM CYCLE IS 300 HOURS OR MORE (METERED EQUIPMENT) OR 14 DAYS OR MORE (NON-METERED EQUIPMENT)

Pm service at customer site 4am
asset 1068398
06/26/20
SHIP TO: SCHOOL
168 HOOKER PL
STATEN ISLAND, NY 10302 1639

COPY

*All Your Equipment Needs...*
*One Company.*

**NET DUE UPON RECEIPT**

**SALES INVOICE**

| | |
|---|---|
| SUBTOTAL | 775.00 |
| TAX | 66.84 |
| INVOICE TOTAL | 841.84 |

SALEEMAIL (Rev 06/17/17)



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| INVOICE NO. | 109868660-0001 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/27/21 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 109868660 |

PURCHASE ORDER NO.
**REBILL**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | GENERATOR RENTAL PACKAGE<br>Billed from 1/26/21 thru 1/27/21<br>36KW DIESEL GENERATOR # 1012366<br>MAKE: MQ POWER MODEL: DCA45SSIU4F<br>SERIAL #: 7251578<br>HR OUT: 2339 HR IN: 2431.7 TOTAL: 92.7<br>BILLED FROM 6/16/20 THRU 7/01/20 | 400.00 | 400.00 | 975.00 | 2405.00 | 1950.00 |
| | 1 | GENERATOR RENTAL PACKAGE<br>36KW DIESEL GENERATOR # 1016748<br>MAKE: MQ POWER MODEL: DCA45SSIU4F<br>SER #: 7251869<br>HRS OUT: 11116 HRS IN: 12000 TOTAL:884<br>BILLED FROM 6/16/20 THRU 7/01/20<br>*** PRIME RENTAL RATE *** | 800.00 | 800.00 | 1950.00 | 4810.00 | 3900.00 |
| | 1 | GENERATOR RENTAL PACKAGE<br>36KW DIESEL GENERATOR # 1016745<br>MAKE: MQ POWER MODEL: DCA45SSIU4F<br>SERIAL #: 7251859<br>HRS OUT: 7175 HRS IN: 8200 TOTAL: 1025<br>BILLED FROM 6/16/20 THRU 7/1/20<br>*** PRIME RENTAL RATE *** | 800.00 | 800.00 | 1950.00 | 4810.00 | 3900.00 |
| | 1 | GENERATOR RENTAL PACKAGE<br>36KW DIESEL GENERATOR # 10240833<br>MAKE: MQ POWER MODEL: DCA45SSIU4F | 800.00 | 800.00 | 1950.00 | 4810.00 | 3900.00 |

CONTINUED

| SUBTOTAL | |
|---|---|
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 109868660-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/27/21 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 109868660 |

PURCHASE ORDER NO.
**REBILL**

JOB NO.
**14- DEMAND ELECTRIC**

BRANCH
**1008 NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | SER #: 7253416<br>HRS OUT: 154 HRS IN: 992.3 TOTAL: 838.3<br>BILLED FROM 6/16/20 THRU 7/1/20<br>*** PRIME RENTAL RATE *** | | | | | |
| | 1 | GENERATOR RENTAL PACKAGE<br>36KW DIESEL GENERATOR # 10240857<br>MAKE: MQ POWER MODEL: DCA45SSIU4F<br>SER #: 7253495<br>HRS OUT: 324 HRS IN: 1138.9 TOTAL: 814.9<br>BILLED FROM 6/16/20 THRU 7/01/20 | 800.00 | 800.00 | 1950.00 | 4810.00 | 3900.00 |
| | 1 | GENERATOR RENTAL PACKAGE<br>36KW DIESEL GENERATOR # 10240858<br>MAKE: MQ POWER MODEL: DCA45SSIU4F<br>SER #: 7253468<br>HRS OUT: 39 HRS IN: 129.9 TOTAL: 90.9<br>BILLED FROM 6/16/20 THRU 7/01/20 | 400.00 | 400.00 | 975.00 | 2405.00 | 1950.00 |
| | 1 | GENERATOR RENTAL PACKAGE<br>36KW DIESEL GENERATOR # 10240860<br>MAKE: MQ POWER MODEL: DCA45SSIU4F<br>SER #: 7253415<br>HRS OUT: 233 HRS IN: 1012 TOTAL: 779<br>BILLED FROM 6/16/20 THRU 07/01/20<br>*** PRIME RENTAL RATE *** | 800.00 | 800.00 | 1950.00 | 4810.00 | 3900.00 |
| | 1 | GENERATOR RENTAL PACKAGE | 800.00 | 800.00 | 1950.00 | 4810.00 | 3900.00 |

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**

# INVOICE

SEND ALL PAYMENTS TO:
SUNBELT RENTALS, INC.
PO BOX 409211
ATLANTA, GA 30384-9211

| INVOICE NO. | 109868660-0001 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/27/21 |
| PAGE | 3 |

INVOICE TO

DEMAND ELECTRIC INC.
3133 31ST ST 2ND FLOOR
ASTORIA, NY 11106

JOB ADDRESS

DEMAND ELECTRIC INC.
181 WALKER STRET
STATEN ISLAND, NY 10302

C#: 718-439-1600 J#: 718-439-1600

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 109868660 |

PURCHASE ORDER NO.
REBILL

JOB NO.
14- DEMAND ELECTRIC

BRANCH
1008 NORTH NEW JERSEY P&P PC1008

800 RIVERVIEW DR
TOTOWA, NJ 07512 1729
732-697-0117

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | 36KW DIESEL GENERATOR # 996903<br>MAKE: MQ POWER MODEL: DCA45SSIU4F<br>SERIAL #: 7251822<br>HRS OUT: 5589 HRS IN: 6250 TOTAL: 661<br>BILLED FROM 6/16/20 THRU 7/01/20<br>*** PRIME RENTAL RATE *** | | | | | |
| | 1 | GENERATOR RENTAL PACKAGE<br>56KW DIESEL GENERATOR # 1037972<br>MAKE: MQ POWER MODEL: DCA45SSIU4F<br>SERIAL # 5600037<br>HRS OUT: 1.00 HRS IN: 700 TOTAL: 699<br>BILLED FROM 6/16/20 THRU 7/01/20<br>*** PRIME RENTAL RATE *** | 800.00 | 800.00 | 1950.00 | 4810.00 | 3900.00 |

Rental Sub-total: 31200.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | PICKUP<br>2114XXX000<br>** ADDITIONAL PICK UP CHARGE FOR PICK UP NEEDING TO BE COMPLETED OVER NIGHT ** | EA | 1500.000 | 1500.00 |
| 1 | ENVIRONMENTAL<br>ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | EA | 499.200 | 499.20 |

CONTINUED

| SUBTOTAL | |
|---|---|
| TAX | |
| INVOICE TOTAL | |

NET DUE UPON RECEIPT

RENTAL RETURN



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 109868660-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/27/21 |
| PAGE | 4 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**DEMAND ELECTRIC INC.**
**181 WALKER STRET**
**STATEN ISLAND, NY 10302**

**C#: 718-439-1600 J#: 718-439-1600**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| ANDREW, KOURKOUM | 109868660 |

PURCHASE ORDER NO.

**REBILL**

JOB NO.

**14- DEMAND ELECTRIC**

BRANCH

**1008** **NORTH NEW JERSEY P&P PC1008**

**800 RIVERVIEW DR**
**TOTOWA, NJ 07512 1729**
**732-697-0117**

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|---|---|---|---|---|
| 1 | RENTAL PROTECTION PLAN | EA | | 4680.00 |

FINAL BILL: 1/26/21 10:00 AM THRU 1/27/21 04:04 PM.

. 37879.20

**NET DUE UPON RECEIPT**

**RENTAL RETURN**

| | |
|---|---|
| SUBTOTAL | 37879.20 |
| TAX | 3361.82 |
| INVOICE TOTAL | 41241.02 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 103209841-0002 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 8/20/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**BEACH STREET**
**1 BEACH STREET**
**108TH STREET**
**FAR ROCKAWAY, NY 11691**
**C#: 718-439-1600 J#: 917-299-4862**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| KOURKOUMELIS, DEMETR | 103209841 |

PURCHASE ORDER NO.
**DEMETRI KOURKOUMELIS**

JOB NO.
**BEACH STREET**

BRANCH
**0540 MASPETH AWP PC540**

**5875 MAURICE AVE**
**MASPETH, NY 11378 2332**
**718-387-4872**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 6K-7K 42' CAB SHOOTING BOOM FORKLIFT | 565.00 | 565.00 | 1285.00 | 2795.00 | 2795.00 |

```
10213660   Make: SKYTRAK  Model: 6042  Ser #: 0160098736
HR OUT: 358.800    HR IN: 360.100     TOTAL: 1.300
 # PALLET FORKS
 # JOB NUMBER #0956
 # FAR ROCKAWAY PARKINGLOT
```

Rental Sub-total: 2795.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL<br>ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | EA | 44.720 | 44.72 |
| 1 | RENTAL PROTECTION PLAN | EA | | 419.25 |

BILLED FOR FOUR WEEKS 8/05/20 THRU 9/01/20.

. 3258.97

| | |
|---|---|
| SUBTOTAL | 3258.97 |
| TAX | 289.24 |
| INVOICE TOTAL | 3548.21 |

**NET DUE UPON RECEIPT**

**4 WEEK BILL**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 106865534-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 10/23/20 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

RECEIVED BY
**LARRY, LARRY**

CONTRACT NO.
**106865534**

PURCHASE ORDER NO.
**TBD**

JOB NO.
**1 - 5 STORY BLDG JOB**

JOB ADDRESS
**5 STORY BLDG JOBSITE**
**226 MCDERMOTT AVE**
**RIVERHEAD, NY 11901**

**C#: 718-439-1600 J#: 917-270-0868**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 400KW A/C RESISTIVE LV INTERNAL PWR LOAD | 345.00 | 345.00 | 630.00 | 1800.00 | 345.00 |
| | 390374 Make: AVTRON Model: MILLENNIUM400 Ser #: 1131 | | | | | |
| | Billed from 10/21/20 thru 10/22/20 | | | | | |
| | POC Larry 917270-0868 | | | | | |
| | ANDREW@DEMANDELECTRIC.US | | | | | |
| 1 | PLASTIC CABLE BIN | | | | | N/C |
| 45 | 4/0 CAMLOCK CABLE 50' | 23.00 | 23.00 | 46.00 | 140.00 | 1035.00 |
| 15 | 4/0 FEMALE PIG TAIL | 9.00 | 9.00 | 21.00 | 62.00 | 135.00 |
| 15 | 4/0 MALE PIG TAIL | 9.00 | 9.00 | 21.00 | 62.00 | 135.00 |

Rental Sub-total: 1650.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | DLPKSRCHG | EA | 95.000 | 95.00 |
| | TRANSPORTATION SURCHARGE | | | |
| 1 | RENTAL PROTECTION PLAN | EA | | 247.50 |

DELIVERY CHARGE 380.00

PICKUP CHARGE 380.00

CONTINUED

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**

# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NO. | 106865534-0001 |
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 10/23/20 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| LARRY, LARRY | 106865534 |

PURCHASE ORDER NO.

**TBD**

JOB NO.
**1 - 5 STORY BLDG JOB**

JOB ADDRESS
**5 STORY BLDG JOBSITE**
**226 MCDERMOTT AVE**
**RIVERHEAD, NY 11901**

**C#: 718-439-1600 J#: 917-270-0868**

BRANCH
**0104 NEW YORK POWER & HVAC PC104**

**40 CHARLOTTE AVE**
**HICKSVILLE, NY 11801 3608**
**516-937-1500**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | | FINAL BILL: 10/21/20 09:00 AM THRU 10/22/20 09:00 AM. | | | | | |
| . | | | | | 2752.50 | | |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**

| | |
|---|---|
| SUBTOTAL | 2752.50 |
| TAX | 237.41 |
| INVOICE TOTAL | 2989.91 |



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| INVOICE NO. | 109445680-0001 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/15/21 |
| PAGE | 1 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

JOB ADDRESS

**BROOKLYN CRUISE TERMINAL**
**72 BOWNE ST**
**BROOKLYN CRUISE TERMINAL**
**BROOKLYN, NY 11231 1238**
**C#: 718-439-1600 J#: 917-299-4862**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| DEE, DEE | 109445680 |

PURCHASE ORDER NO.
**DEE**

JOB NO.
**BROOKLYN CRUISE TERM**

BRANCH
**0540** **MASPETH AWP PC540**

**5875 MAURICE AVE**
**MASPETH, NY 11378 2332**
**718-387-4872**

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| . | 1 | 8000LB IND FORKLIFT DF<br>10150038 Make: TOYOTA Model: 8FG35U Ser #: 8FG40U-13590<br>HR OUT: 230.800 HR IN: 231.000 TOTAL: .200<br>Billed from 1/14/21 thru 1/15/21<br>#1 DAY RENTAL - AUTO PICKUP | 340.00 | 340.00 | 840.00 | 1725.00 | 340.00 |

Rental Sub-total: 340.00

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | PROP#33<br>PROPANE 30LB TANK-REFILL 2141XXX0000 | EA | 42.450 | 42.45 |
| 1 | PROP#33<br>PROPANE 30LB TANK-REFILL 2141XXX0000 | EA | 42.450 | 42.45 |
| 1 | DLPKSRCHG<br>TRANSPORTATION SURCHARGE | EA | 38.750 | 38.75 |
| 1 | ENVIRONMENTAL<br>ENVIRONMENTAL/HAZMAT FEE 2133XXX0000 | EA | 5.440 | 5.44 |
| 1 | RENTAL PROTECTION PLAN | EA | | 51.00 |

DELIVERY CHARGE 155.00

PICKUP CHARGE 155.00

CONTINUED

| SUBTOTAL | |
|---|---|
| TAX | |
| INVOICE TOTAL | |

**NET DUE UPON RECEIPT**

**RENTAL RETURN**



# INVOICE

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| INVOICE NO. | 109445680-0001 |
|---|---|
| ACCOUNT NO. | 557576 |
| INVOICE DATE | 1/15/21 |
| PAGE | 2 |

INVOICE TO

**DEMAND ELECTRIC INC.**
**3133 31ST ST 2ND FLOOR**
**ASTORIA, NY 11106**

| RECEIVED BY | CONTRACT NO. |
|---|---|
| DEE, DEE | 109445680 |

PURCHASE ORDER NO.
**DEE**

JOB NO.
**BROOKLYN CRUISE TERM**

JOB ADDRESS

**BROOKLYN CRUISE TERMINAL**
**72 BOWNE ST**
**BROOKLYN CRUISE TERMINAL**
**BROOKLYN, NY 11231 1238**
**C#: 718-439-1600 J#: 917-299-4862**

BRANCH
**0540 MASPETH AWP PC540**

**5875 MAURICE AVE**
**MASPETH, NY 11378 2332**
**718-387-4872**

SALES ITEMS:

| Qty | Item number | Unit | Price |
|---|---|---|---|

FINAL BILL: 1/14/21 09:00 AM THRU 1/15/21 09:00 AM.

. 830.09

**NET DUE UPON RECEIPT**

**RENTAL RETURN**

| SUBTOTAL | 830.09 |
|---|---|
| TAX | 73.69 |
| INVOICE TOTAL | 903.78 |