**Sunbelt Rentals, Inc. v. Demand Electric, Inc., et al.**
**Invoice Summary**

| InvNum | JobLoc | InvoiceAmt | InvoiceBalance | InvoiceDate | DueDate | Annual Service Charge at 1.5% per mo. | Daily Service Charge | Calculation Date | Days Past Due | Accrued Service Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 102398568-0001 | 2424 BOSTON RD, BRO | $ 272.19 | $ 224.07 | 6/12/2020 | 6/12/2020 | $ 40.33 | $ 0.11 | 5/26/2021 | 348 | $ 38.45 |
| 102721925-0001 | 168 HOOKER PL, STAT | $ 841.84 | $ 841.84 | 6/22/2020 | 6/22/2020 | $ 151.53 | $ 0.42 | 5/26/2021 | 338 | $ 140.32 |
| 102722288-0001 | 168 HOOKER PL, STAT | $ 841.84 | $ 841.84 | 6/22/2020 | 6/22/2020 | $ 151.53 | $ 0.42 | 5/26/2021 | 338 | $ 140.32 |
| 102723965-0001 | 168 HOOKER PL, STAT | $ 841.84 | $ 841.84 | 6/22/2020 | 6/22/2020 | $ 151.53 | $ 0.42 | 5/26/2021 | 338 | $ 140.32 |
| 102724323-0001 | 168 HOOKER PL, STAT | $ 841.84 | $ 841.84 | 6/22/2020 | 6/22/2020 | $ 151.53 | $ 0.42 | 5/26/2021 | 338 | $ 140.32 |
| 102724606-0001 | 168 HOOKER PL, STAT | $ 841.84 | $ 841.84 | 6/22/2020 | 6/22/2020 | $ 151.53 | $ 0.42 | 5/26/2021 | 338 | $ 140.32 |
| 102725875-0001 | 181 WALKER STRET, S | $ 607.74 | $ 607.74 | 6/22/2020 | 6/22/2020 | $ 109.39 | $ 0.30 | 5/26/2021 | 338 | $ 101.30 |
| 102726811-0001 | 181 WALKER STRET, S | $ 691.03 | $ 691.03 | 6/22/2020 | 6/22/2020 | $ 124.39 | $ 0.34 | 5/26/2021 | 338 | $ 115.18 |
| 102810462-0001 | 181 WALKER STRET, S | $ 621.95 | $ 621.95 | 6/24/2020 | 6/24/2020 | $ 111.95 | $ 0.31 | 5/26/2021 | 336 | $ 103.06 |
| 102355392-0001 | 501 BRIELLE AVE, ST | $ 2,529.17 | $ 2,529.17 | 6/25/2020 | 6/25/2020 | $ 455.25 | $ 1.25 | 5/26/2021 | 335 | $ 417.83 |
| 102862158-0001 | 141 E 111TH ST, NEW | $ 571.30 | $ 571.30 | 6/25/2020 | 6/25/2020 | $ 102.83 | $ 0.28 | 5/26/2021 | 335 | $ 94.38 |
| 102900573-0001 | 181 WALKER STRET, S | $ 568.55 | $ 568.55 | 6/26/2020 | 6/26/2020 | $ 102.34 | $ 0.28 | 5/26/2021 | 334 | $ 93.65 |
| 102965146-0001 | 181 WALKER STRET, S | $ 386.29 | $ 386.29 | 6/29/2020 | 6/29/2020 | $ 69.53 | $ 0.19 | 5/26/2021 | 331 | $ 63.06 |
| 101514746-0002 | 141 E 111TH ST, NEW | $ 19,732.45 | $ 19,732.45 | 6/30/2020 | 6/30/2020 | $ 3,551.84 | $ 9.73 | 5/26/2021 | 330 | $ 3,211.25 |
| 103001080-0001 | 181 WALKER STRET, S | $ 249.60 | $ 249.60 | 6/30/2020 | 6/30/2020 | $ 44.93 | $ 0.12 | 5/26/2021 | 330 | $ 40.62 |
| 103020808-0001 | LATE CHARGE | $ 136.42 | $ 136.42 | 6/30/2020 | 6/30/2020 | $ 24.56 | $ 0.07 | 5/26/2021 | 330 | $ 22.20 |
| 101514746-0003 | 141 E 111TH ST, NEW | $ 19,942.36 | $ 19,942.36 | 7/1/2020 | 7/1/2020 | $ 3,589.62 | $ 9.83 | 5/26/2021 | 329 | $ 3,235.58 |
| 101514746-0004 | 141 E 111TH ST, NEW | $ 1,789.98 | $ 1,789.98 | 7/2/2020 | 7/2/2020 | $ 322.20 | $ 0.88 | 5/26/2021 | 328 | $ 289.54 |
| 103089483-0001 | 141 E 111TH ST, NEW | $ 3,869.77 | $ 3,869.77 | 7/2/2020 | 7/2/2020 | $ 696.56 | $ 1.91 | 5/26/2021 | 328 | $ 625.95 |
| 101545959-0002 | 181 WALKER STRET, S | $ 843.78 | $ 843.78 | 7/6/2020 | 7/6/2020 | $ 151.88 | $ 0.42 | 5/26/2021 | 324 | $ 134.82 |
| 101545959-0003 | 181 WALKER STRET, S | $ 843.78 | $ 843.78 | 7/6/2020 | 7/6/2020 | $ 151.88 | $ 0.42 | 5/26/2021 | 324 | $ 134.82 |
| 101545959-0004 | 181 WALKER STRET, S | $ 843.78 | $ 843.78 | 7/6/2020 | 7/6/2020 | $ 151.88 | $ 0.42 | 5/26/2021 | 324 | $ 134.82 |
| 101545959-0005 | 181 WALKER STRET, S | $ 843.78 | $ 843.78 | 7/6/2020 | 7/6/2020 | $ 151.88 | $ 0.42 | 5/26/2021 | 324 | $ 134.82 |
| 101545959-0006 | 181 WALKER STRET, S | $ 843.78 | $ 843.78 | 7/6/2020 | 7/6/2020 | $ 151.88 | $ 0.42 | 5/26/2021 | 324 | $ 134.82 |
| 101545959-0007 | 181 WALKER STRET, S | $ 843.78 | $ 843.78 | 7/6/2020 | 7/6/2020 | $ 151.88 | $ 0.42 | 5/26/2021 | 324 | $ 134.82 |
| 101545959-0008 | 181 WALKER STRET, S | $ 843.78 | $ 843.78 | 7/6/2020 | 7/6/2020 | $ 151.88 | $ 0.42 | 5/26/2021 | 324 | $ 134.82 |
| 103165041-0001 | 168 HOOKER PL, STAT | $ 841.84 | $ 841.84 | 7/6/2020 | 7/6/2020 | $ 151.53 | $ 0.42 | 5/26/2021 | 324 | $ 134.51 |
| 103165872-0001 | 168 HOOKER PL, STAT | $ 841.84 | $ 841.84 | 7/6/2020 | 7/6/2020 | $ 151.53 | $ 0.42 | 5/26/2021 | 324 | $ 134.51 |
| 103166174-0001 | 501 BRIELLE AVE, ST | $ 841.84 | $ 841.84 | 7/6/2020 | 7/6/2020 | $ 151.53 | $ 0.42 | 5/26/2021 | 324 | $ 134.51 |
| 103168634-0001 | 501 BRIELLE AVE, ST | $ 841.84 | $ 841.84 | 7/6/2020 | 7/6/2020 | $ 151.53 | $ 0.42 | 5/26/2021 | 324 | $ 134.51 |
| 103168881-0001 | 501 BRIELLE AVE, ST | $ 841.84 | $ 841.84 | 7/6/2020 | 7/6/2020 | $ 151.53 | $ 0.42 | 5/26/2021 | 324 | $ 134.51 |
| 103169091-0001 | 501 BRIELLE AVE,STA | $ 841.84 | $ 841.84 | 7/6/2020 | 7/6/2020 | $ 151.53 | $ 0.42 | 5/26/2021 | 324 | $ 134.51 |
| 101545959-0010 | 181 WALKER STRET, S | $ 1,789.98 | $ 1,789.98 | 7/7/2020 | 7/7/2020 | $ 322.20 | $ 0.88 | 5/26/2021 | 323 | $ 285.12 |
| 101514746-0005 | 141 E 111TH ST, NEW | $ 626.03 | $ 626.03 | 7/8/2020 | 7/8/2020 | $ 112.69 | $ 0.31 | 5/26/2021 | 322 | $ 99.41 |
| 101514746-0006 | 141 E 111TH ST, NEW | $ 626.03 | $ 626.03 | 7/8/2020 | 7/8/2020 | $ 112.69 | $ 0.31 | 5/26/2021 | 322 | $ 99.41 |
| 101514746-0007 | 141 E 111TH ST, NEW | $ 626.03 | $ 626.03 | 7/8/2020 | 7/8/2020 | $ 112.69 | $ 0.31 | 5/26/2021 | 322 | $ 99.41 |
| 103004271-0001 | 168 HOOKER PL, STAT | $ 2,009.01 | $ 2,009.01 | 7/10/2020 | 7/10/2020 | $ 361.62 | $ 0.99 | 5/26/2021 | 320 | $ 317.04 |
| 101708520-0002 | 181 WALKER STRET, S | $ 4,682.72 | $ 4,682.72 | 7/14/2020 | 7/14/2020 | $ 842.89 | $ 2.31 | 5/26/2021 | 316 | $ 729.73 |
| 102888736-0001 | 141 E 111TH ST, NEW | $ 11,997.92 | $ 11,997.92 | 7/15/2020 | 7/15/2020 | $ 2,159.63 | $ 5.92 | 5/26/2021 | 315 | $ 1,863.79 |



EXHIBIT D

**Sunbelt Rentals, Inc. v. Demand Electric, Inc., et al.**
**Invoice Summary**

| InvNum | JobLoc | InvoiceAmt | InvoiceBalance | InvoiceDate | DueDate | Annual Service Charge at 1.5% per mo. | Daily Service Charge | Calculation Date | Days Past Due | Accrued Service Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 102151991-0003 | 501 BRIELLE AVE, ST | $ 9,901.96 | $ 9,901.96 | 7/16/2020 | 7/16/2020 | $ 1,782.35 | $ 4.88 | 5/26/2021 | 314 | $ 1,533.31 |
| 102355392-0002 | 501 BRIELLE AVE, ST | $ 1,522.51 | $ 1,522.51 | 7/16/2020 | 7/16/2020 | $ 274.05 | $ 0.75 | 5/26/2021 | 314 | $ 235.76 |
| 101514746-0008 | 141 E 111TH ST, NEW | $ 1,789.98 | $ 1,789.98 | 7/22/2020 | 7/22/2020 | $ 322.20 | $ 0.88 | 5/26/2021 | 308 | $ 271.88 |
| 101545959-0011 | 181 WALKER STRET, S | $ 1,789.98 | $ 1,789.98 | 7/23/2020 | 7/23/2020 | $ 322.20 | $ 0.88 | 5/26/2021 | 307 | $ 271.00 |
| 103209841-0001 | 1 BEACH STREET, FAR | $ 4,225.97 | $ 4,225.97 | 7/23/2020 | 7/23/2020 | $ 760.67 | $ 2.08 | 5/26/2021 | 307 | $ 639.80 |
| 102888736-0004 | 141 E 111TH ST, NEW | $ (7,757.07) | $ (7,757.07) | 7/27/2020 | | | $ - | 5/26/2021 | | $ - |
| 104082329-0001 | LATE CHARGE | $ 2,277.84 | $ 2,277.84 | 7/31/2020 | 7/31/2020 | $ 410.01 | $ 1.12 | 5/26/2021 | 299 | $ 335.87 |
| 101514746-0009 | 141 E 111TH ST, NEW | $ 9.80 | $ 9.80 | 8/7/2020 | 8/7/2020 | $ 1.76 | $ 0.00 | 5/26/2021 | 292 | $ 1.41 |
| 101545959-0012 | 181 WALKER STRET, S | $ 359.28 | $ 359.28 | 8/11/2020 | 8/11/2020 | $ 64.67 | $ 0.18 | 5/26/2021 | 288 | $ 51.03 |
| 103209841-0002 | 1 BEACH STREET, FAR | $ 3,548.21 | $ 3,548.21 | 8/20/2020 | 8/20/2020 | $ 638.68 | $ 1.75 | 5/26/2021 | 279 | $ 488.19 |
| 99288991-0008 | 161-25 PARSONS BLVD | $ 1,228.22 | $ 1,228.22 | 8/29/2020 | 8/29/2020 | $ 221.08 | $ 0.61 | 5/26/2021 | 270 | $ 163.54 |
| 105104699-0001 | LATE CHARGE | $ 3,522.92 | $ 3,522.92 | 8/31/2020 | 8/31/2020 | $ 634.13 | $ 1.74 | 5/26/2021 | 268 | $ 465.60 |
| 99288991-0009 | 161-25 PARSONS BLVD | $ 1,228.22 | $ 1,228.22 | 9/26/2020 | 9/26/2020 | $ 221.08 | $ 0.61 | 5/26/2021 | 242 | $ 146.58 |
| 106177436-0001 | LATE CHARGE | $ 3,600.10 | $ 3,600.10 | 9/30/2020 | 9/30/2020 | $ 648.02 | $ 1.78 | 5/26/2021 | 238 | $ 422.54 |
| 106865534-0001 | 226 MCDERMOTT AVE, | $ 2,989.91 | $ 2,989.91 | 10/23/2020 | 10/23/2020 | $ 538.18 | $ 1.47 | 5/26/2021 | 215 | $ 317.01 |
| 99288991-0010 | 161-25 PARSONS BLVD | $ 1,228.22 | $ 1,228.22 | 10/24/2020 | 10/24/2020 | $ 221.08 | $ 0.61 | 5/26/2021 | 214 | $ 129.62 |
| 107278215-0001 | LATE CHARGE | $ 2,568.52 | $ 2,568.52 | 10/31/2020 | 10/31/2020 | $ 462.33 | $ 1.27 | 5/26/2021 | 207 | $ 262.20 |
| 99288991-0011 | 161-25 PARSONS BLVD | $ 1,228.22 | $ 1,228.22 | 11/24/2020 | 11/24/2020 | $ 221.08 | $ 0.61 | 5/26/2021 | 183 | $ 110.84 |
| 108210418-0001 | LATE CHARGE | $ 2,631.79 | $ 2,631.79 | 11/30/2020 | 11/30/2020 | $ 473.72 | $ 1.30 | 5/26/2021 | 177 | $ 229.72 |
| 99288991-0012 | 161-25 PARSONS BLVD | $ 1,228.22 | $ 1,228.22 | 12/19/2020 | 12/19/2020 | $ 221.08 | $ 0.61 | 5/26/2021 | 158 | $ 95.70 |
| 109090741-0001 | LATE CHARGE | $ 2,125.70 | $ 2,125.70 | 12/31/2020 | 12/31/2020 | $ 382.63 | $ 1.05 | 5/26/2021 | 146 | $ 153.05 |
| 103004271-0002 | 168 HOOKER PL, STAT | $ (909.24) | $ (909.24) | 1/15/2021 | | | $ - | 5/26/2021 | | $ - |
| 109445680-0001 | 72 BOWNE STREET, BR | $ 903.78 | $ 903.78 | 1/15/2021 | 1/15/2021 | $ 162.68 | $ 0.45 | 5/26/2021 | 131 | $ 58.39 |
| 99288991-0013 | 161-25 PARSONS BLVD | $ 1,228.22 | $ 1,228.22 | 1/16/2021 | 1/16/2021 | $ 221.08 | $ 0.61 | 5/26/2021 | 130 | $ 78.74 |
| 109868559-0001 | 181 WALKER STRET, S | $ 56,515.15 | $ 56,515.15 | 1/27/2021 | 1/27/2021 | $ 10,172.73 | $ 27.87 | 5/26/2021 | 119 | $ 3,316.59 |
| 109868660-0001 | 181 WALKER STRET, S | $ 41,241.02 | $ 41,241.02 | 1/27/2021 | 1/27/2021 | $ 7,423.38 | $ 20.34 | 5/26/2021 | 119 | $ 2,420.23 |
| 101545959-0013 | 181 WALKER STRET, S | $ (35,178.76) | $ (35,178.76) | 1/28/2021 | | | $ - | 5/26/2021 | | $ - |
| 109963486-0001 | LATE CHARGE | $ 1,166.13 | $ 1,166.13 | 1/31/2021 | 1/31/2021 | $ 209.90 | $ 0.58 | 5/26/2021 | 115 | $ 66.13 |
| 99288991-0014 | 161-25 PARSONS BLVD | $ 1,228.22 | $ 1,228.22 | 2/13/2021 | 2/13/2021 | $ 221.08 | $ 0.61 | 5/26/2021 | 102 | $ 61.78 |
| 110779675-0001 | LATE CHARGE | $ 2,664.46 | $ 2,664.46 | 2/28/2021 | 2/28/2021 | $ 479.60 | $ 1.31 | 5/26/2021 | 87 | $ 114.32 |
| | | **$199,552.58** | | | | | | | | **$26,839.21** |

**Sunbelt Rentals, Inc. v. Demand Electric, Inc., et al.**
**Invoice Summary**

| InvNum | JobLoc | InvoiceAmt | InvoiceBalance | InvoiceDate | DueDate | Annual Service Charge at 1.5% per mo. | Daily Service Charge | Calculation Date | Days Past Due | Accrued Service Charge |
|---|---|---|---|---|---|---|---|---|---|---|

| **SUMMARY** | |
|---|---|
| Principal Amount Due | $ 199,552.58 |
| Accrued Service Charges | $ 26,839.21 |
| TOTAL | $ 226,391.79 |