

July 14, 2021

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Sunbelt Rentals, Inc. v. Demand Electric, Inc., et al.*,
             Case No. 1:21-cv-03136-BMC

**Supplement pursuant to this Court's July 9, 2021 Order (Doc. 13)**

Your Honor:

Sunbelt Rentals, Inc. ("Sunbelt"), Demand Electric, Inc. ("Demand"), and Andreas Kourkoumelis (collectively the "parties") hereby submit this Supplement under this Court's order of July 9, 2021 (*see* doc. 13).

**Defendants' Position:**

Pursuant to the Court's July 9, 2021 Order, Defendant's hereby supplement their position as follows.

Defendants submit that the parties agreed that Plaintiff was obligated to submit timely (usually within 30 days) and accurate invoices. Defendants submit that Plaintiff failed to do so. Repeatedly Plaintiff sent invoices with errors well after services were performed. Some of the invoices were never corrected preventing Defendants from submitting them to the owner for payment. Other invoices were submitted so late that the owner rejected them for failure to submit timely.

In short, Plaintiff's billing practices were so bad the owner refused to pay hundreds of thousands of dollars worth of invoices. Without payment from the owner, Defendants are unable to reimburse the plaintiff. Defendants respectfully submit that it is likely the owner will have to be impleaded into this case. It should also be noted that Defendants' point person for all invoicing has been out of the office until end of this week.

[SIGNATURES ON FOLLOWING PAGE]

*Suite 1900*
*1170 Peachtree Street NE*
*Atlanta, Georgia 30309*

**DEREK RAJAVUORI**
678.515.5058
derek.rajavuori@butlersnow.com

*T 678.515.5000*
*F 678.515.5001*
*www.butlersnow.com*

BUTLER SNOW LLP

**July 14, 2021**
Page 2

                    Respectfully Submitted,

                    Derek Rajavuori

                    *Attorney for Sunbelt Rentals, Inc.*

                    Respectfully Submitted,

                    <u>/s/ Martin Shell</u>

                    Martin Shell

                    *Attorney for Demand Electric, Inc. and Andreas Kourkoumelis*