UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNBELT RENTALS, INC. )<br>Plaintiff )<br> )<br>vs. )<br> )<br> )<br>DEMAND ELECTRIC, INC. and )<br>ANDREAS KOURKOUMELIS )<br>Defendants )<br> ) | Civil Action No. 1:21-cv-03136-BMC |

## **MOTION TO WITHDRAW AS ATTORNEY OF RECORD – AS TO VALERIE DIDEN MOORE ONLY**

Pursuant to Local Rule 1.4, Valerie Diden Moore, attorney for Plaintiff Sunbelt Rentals, Inc. hereby moves to withdraw as attorney of record in this case. Derek S. Rajavuori will continue as counsel of record for Plaintiff.

Ms. Diden Moore is filing together with this Motion a Declaration which states the following:

1. Ms. Diden Moore will depart the law firm Butler Snow LLP effective July 17, 2021 to take a position as in-house counsel.

2. Ms. Diden Moore will not be representing clients other than her corporate employer following that date.

3. Mr. Rajavuori intends to continue representation of his client Sunbelt Rentals, Inc.

4. The Defendants have not yet filed an Answer in this case.

Given the current posture of this case, as well as Mr. Rajavuori's continued representation of the Plaintiff, it is unlikely any party will be prejudiced by Ms. Diden Moore's

withdrawal as attorney of record. Accordingly, Plaintiff respectfully requests the Court grant

Ms. Diden Moore's Motion to Withdraw.

Dated:  July 14, 2021

BY: */s/ Valerie Diden Moore*
Valerie Diden Moore, Esq.
BUTLER SNOW LLP
The Pinnacle at Symphony Place, Suite 1600
150 3rd Avenue South
Nashville, TN 37201
(615) 651-6700 Telephone
(615) 651-6701 Facsimile
valerie.moore@butlersnow.com

Derek S. Rajavuori, Esq.
**BUTLER SNOW LLP**
1170 Peachtree Street NE
Suite 1900
Atlanta, Georgia 30309
(678) 515-5000 Telephone
(678) 515-5000 Facsimile
derek.rajavuori@butlersnow.com

COUNSEL FOR PLAINTIFF
SUNBELT RENTALS, INC.

## CERTIFICATE OF SERVICE

I, Valerie Diden Moore, do hereby certify that I have this day electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the ECF system. I further certify that I served the forgoing document via U.S. Mail, postage prepaid on the following:

Demand Electric, Inc.
c/o Andrew Kourkoumelis, President
3133 31st St.
2nd Floor
Astoria, NY 11106

Andreas Kourkoumelis
3133 31st St.
2nd Floor
Astoria, NY 11106

This July 14, 2021.

*/s/ Valerie Diden Moore*
Valerie Diden Moore

60233583.v1

3