UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNBELT RENTALS, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 1:21-cv-03136-BMC ) |
| DEMAND ELECTRIC, INC. and ANDREAS KOURKOUMELIS, | ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF VALERIE DIDEN MOORE IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Under penalty of perjury, I, Valerie Diden Moore, state the following:

1. I will depart the law firm Butler Snow LLP effective July 17, 2021 to take a position as in-house counsel.

2. After July 17, 2021, I will not represent clients other than my corporate employer.

3. Mr. Rajavuori has informed me that he intends to continue representation of his client, Sunbelt Rentals, Inc.

4. The Defendants have not yet filed an Answer in this case.

5. I know of no prejudice to Sunbelt Rentals, Inc. or any other party in this lawsuit as a result of my withdrawal as attorney of record.

This 14th day of July, 2021.

/s/ Valerie Diden Moore
Valerie Diden Moore

2

## **CERTIFICATE OF SERVICE**

I, Valerie Diden Moore, do hereby certify that I have this day electronically filed the foregoing Declaration in Support of Motion to Withdraw with the Clerk of the Court using the ECF system. I further certify that I served the forgoing document via U.S. Mail, postage prepaid on the following:

Demand Electric, Inc.
c/o Andrew Kourkoumelis, President
3133 31st St.
2nd Floor
Astoria, NY 11106

Andreas Kourkoumelis
3133 31st St.
2nd Floor
Astoria, NY 11106

This July 14, 2021.

                                                 */s/ Valerie Diden Moore*
                                                 Valerie Diden Moore

60240196.v1